UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALFRED LAFORD, <br><br> Plaintiff, <br> -v- <br><br> UNITED STATES, <br><br> Defendant. | 16 Civ. 4686 (PAE) <br> 11 Cr. 1032-7 (PAE) <br><br> <u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

On November 8, 2019, Alfred Laford filed a motion to vacate under 28 U.S.C. § 2255. No. 11 Cr. 1032-7, Dkt. 2446. The Court directs the government to respond by November 27, 2019.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 13, 2019
 New York, New York