

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York   10007*

November 26, 2019

**BY EMAIL AND ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Alfred Laford*,
             11 Cr. 1032 (PAE)

Dear Judge Engelmayer:

    The Government respectfully submits this letter in connection with Mr. Laford's pending motion to vacate pursuant to Title 28, United States Code, Section 2255.   Mr. Laford filed his motion on or November 8, 2019.   On or about November 14, 2019, the Court issued an order directing the Government to respond to the motion by November 27, 2019.   The Government is respectfully requesting a short adjournment of the briefing schedule; specifically, the Government respectfully requests that it be allowed to file its response on or before December 6, 2019.   Among other things, the adjournment will allow additional time for the undersigned to consult with the Appeals unit on the response, particularly in light of the Thanksgiving holiday.

    Thank you for your consideration of this matter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By:     /s/
Sarah Krissoff
Assistant United States Attorneys
(212) 637-2232

cc:    Alford Laford, Petitioner

---

**GRANTED.** The Government's response is due no later than December 6, 2019. The Clerk of Court is requested to terminate the motion at Dkt. No. 2456.

11/27/2019

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge