UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ALFRED LAFORD,

                    Defendant.

11-CR-1032-07 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the two attached letters in support of compassionate release for

defendant Alfred Laford.  The Court, however, has not received any application from defendant

Laford or his counsel seeking such release.  In the event that such an application is received, the

Court would consider these letters in support of that application.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: July 16, 2020
        New York, New York

Case Number: 1:11-cr-01032-PAE-7

This is for the Covid-19 Compassionate Release motion

First Step Act for United States v. Alfred Laford

Received 7/16/20
mail

7/2/20

Dear Mr. Engelmayer,

   My name is Edwin Pineda, I am writing this letter today to inform you that I have offered Mr. Alfred Laford employment with my company "Beastmode Collision Inc." located at 38 Herriot Place Yonkers, NY 10701. We are an auto repair facility that offers multiple services to assist our customers in their time of need after an accident or any auto cosmetic damages. We are very proud productive members of our society. Aside from our daily jobs, we also like to help our community whether by lending a helping hand or donating to any worthy cause. I have had a few lengthy conversations with Mr. Laford regarding his role in this company and the extra-curricular activities that are highly suggested to participate in. I personally feel like it's very important for myself and my employees to always stay grounded and in touch with the people whom we serve, whether is handing out boxes of food which we

have done countless times along other companies in other boroughs and cities, or donating to a cause we as a unit think it's worthy. Aside from his current job description, there is also a lot more room for growth in my company as I give all of my employees a chance to grow within the company by allowing them to take classes in their fields and sign them up for courses to better their skills and techniques which helps them in the long run for future employments or promotions and also helps myself and the company offer the best quality of service there is. Mr. Laford agrees with his employment terms and our company activities and supports them as he tells me he is very eager to get to work and show his family and the world he's a reform individual who just wants to do better for himself and to do better by his daughter.

I implore you to offer Mr. Laford a second chance to turn his life around and become the best version of himself, the better man he says he can be, and I believe him to be.

Sincerely & Respectively
EDWIN PINEDA
    OWNER

38 HERRIOT PL
YONKERS, NY 10701
O: 914-648-3620
M:347-375-6562
BEASTMODECOLLISION@GMAIL.COM





U.S. POSTAGE PAID
FCM LETTER
BRONX, NY
10462
JUL 08, 20
AMOUNT
$3.55
R2309S101090-20

10007

UNITED STATES
POSTAL SERVICE

1000

1000731507

Recd 7/16/20
mdl

Hon. Paul A. Engelmeyer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

EDWIN PINEDA
38 HERRIOT PL
YONKERS, NY 10701

7024 0430 0000 1640 7302

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7024 0430 0000 1640 7302

USM SDNY

Case Number:
1:11-cr 01032-PAE7

These letters are
from Alfred Lafold's
family for his
Covid-19
Compassionate
Release motion.

Dear, Judge

I am Joylianie and I am 9 years old i hope you are ok. i wanted to tell you that i really miss my daddy. Please give him a chance to be with us his family. it's been 5 years I haven't seen him because he is really far Judge. he's really nice and awesome. He always tells me he loves me a lot and that he misses me. He says i will be a dancer and singer. I was so little almost a months when it happened. i want to live with him and show him my dancing and singing skills. i want him to be home with me please please pretty please Thank you

P.S. With Corona virus in the earth. i want him to be near us and safe not getting sick.

Dear Judge.

My name is Anelay. Alfred is my uncle. But he likes me like I'm his real daughter and I love him like he is my dad. I love him more than my real dad. My mom always tells me memories when I was little that he would carry me and loves me. Judge my dad is my world. I miss him! He tells me he will cook good food for me: Pancakes and chicken but I wish he was here now. I have a lot of pictures with my dad in jail and he huge me a lot! But now I dont see him for 3 years. I want to celebrate my birthday and my grama's birthday together finally this year. I miss him a lot! Please Judge! I really want this wish! I need him in my life. I wouldn't want him to get sick please. The corona is serious and he has asma. OK, bye judge :) ☺

My Family
is in my
heat

Dear Honorable Judge,

I hope you are staying healthy. The reason for this letter is to ask to please give Alfred a chance. An opportunity to be with his family. My son has been a prisoner for almost 9 years, I haven't seen him for 3 of those years due to my health issues, he doesn't allow me to risk my well being to go visit him. Please sir, I implore you to give me an opportunity to be with my son finally after almost a decade of the distance. We just wish he was safe and sound next to us even if it means home confinement due to the pandemic of COVID-19. Judge, my son sleeps with a sleeping machine because he has sleep apnea and only God and I know the suffering I have for that situation. I beg you sir, that even if it is for him to finish his sentence at home with us, his daughter, his sister, his niece and I. We would gladly appreciate anything as long as he's physically spending time with us. I also add that almost a decade ago, I wrote a letter to you when they sentenced him. I ask that you please take this one into consideration like you did before. Honorable Judge, I have been a single mother for my children. They refer to me as their mother and father for my children. Before he got arrested, he worked hard and took responsibility in taking care of his little sister. Despite

the distance now, Alfred has been a great father figure for his siblings. My son is also a very good father to his daughter and niece. He has taken on a hardship and learned from it. Sometimes we make mistakes but I know that from mistakes people learn. He made mistakes in the past that he regrets dearly and will not commit again. I miss my son Judge. It's been a long time without him by my side. My son is my best friend. He has a great heart. He's kind and compassionate. He's an amazing spirit. I beg you again Judge, I beg for an opportunity even if he is released to be here with us, here he has his room till this day waiting for him. I know that my son has changed for the better. Judge, a desperate mother says goodbye to you, a mother of Alfred Laford!

Thank you for taking the time to read this letter. Take care of yourself sir.


Best Regards,
Maria Ledesma

1

Hello Sir,

My name is Manleyxis. Hope all is well for you. I am Alfred's little sister. This letter comes from the bottom of my heart, I mean that in the deepest way possible. Alfred has spent the last 9 years raising me from a far distance. Even before he went to jail, he was filling a void in my heart. My oldest brother, my father figure. He's made mistakes but I ask with hurt in my heart, please forgive him! I'm 16 years old, he had promised me to make my 16th birthday on March 5th the best birthday ever regardless if he was near or far... he made it happen. He assured that I was happy the day of my birthday. It's the fact that he's kept the role and wanting to actively participate in my life. He hasn't given up. We ask you to please give us a chance. He's loving, passioniate, ambitious, kind-hearted, inspiring, and truly has a great soul. Thanks to my brother, I passed a online course at NYU, I got a 3/4 and above in all my classes, I got accepted to a internship, and I became an enterepreneur! How? He pushed me to be the best version of myself. Alfred pushes for me to try my hardest, not commit any mistakes, and never give up. Him and my mother are the most important people in this world of mine. Again Judge, I ask you to takes this into consideration. I would truly appreciate it. We have many similarties but one of m..

~~XXXXX~~ favorites is our love for shows/movies. He tells me to watch certain shows/movies (vice versa) and we share our thoughts on it. I appreciate the time we have to share these thoughts but I would love if these moments with him would happen in person. Your decision depends on how my family and I live the coming years of our life. (No pressure) But, once again take this and the other letters into consideration. I could write a 10 page paper on why my brother should be relased atleast into home confinement, any way we would gladly appreciate the opportunity! I really hope he can be here for my 12th grade prom/graduation. Judge, I'm sure you are aware of my brother's conditions. I hope you take this into consideration due to the pandemic specifically. He's at more risk in facilities he resides at. At home with us would be so much better. Please again Judge! Thanks for reading this! I appreciate everything. Have a great day.

Sincerely,

Marileyxis Saford

Dear Judge Engelmayer,

    My name is Deborah Jiménez. I am the mother of Alfred Laford's daughter. My daughter was month's old when Alfred became incarcerated, she is nine years old now. She misses her father dearly. She asks me often when Alfred is coming home. Sir, I am asking you to please consider these letters. He is a sweet, Respectful, responsible and loving being. While I dated him my life change for the better. He always encouraged me to stay in college and become someone in life, he told me to pursue my dreams. His daughter needs him moments like these. She is growing up and needs her father figure. Again, all I ask is to read and analyze how much we miss him days pass, years pass and its hard not to see him around us. We love him so much. I know no one is perfect in this life. But please I ask you to give a opportunity for him to be with us.

Thank you, hope everything goes good.

— Deborah Jiménez



Mari@...
east 178 street #5
Bronx, N.Y. 10457

CERTIFIED MAIL

USM
SDNY

Hon. Paul A. Engelmayer
Thurgood States courthouse
40 Foley Square
New York, N.Y. 10007

rec'd 7/18/20

U.S. POSTAGE PAID
FCM LETTER
BRONX, NY
10468
JUL 08, 20
AMOUNT
$3.70
R2303S101090-20



RECEIVED

2020 JUL 15  AM 7:44

CLERK'S OFFICE
U.S. COURT OF APPEALS