UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ALFRED LAFORD,

Defendant.

11-CR-1032-07 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant Alfred Laford. The Court understands Mr. Laford to be seeking release in light of the COVID-19 pandemic. The Court directs Mr. Laford's counsel to submit a memorandum in support by Tuesday, July 28, 2020, and directs the Government to respond by Friday, July 31, 2020.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 24, 2020
New York, New York

U.S. COURTHOUSE
500 PEARL STREET
NEW YORK, NY.
10007-1312

11CR1032-7 (PAE)

Rec'd 7/23/20

Your Honor, Paul A. Engelmayer,

Before your Courtroom is a motion filed by legal counsel which the Government Attorney will evaluate. It is at your discretion solely to make the decision, So I ask this honorable Court to consider in my own words why I am different today than when I was sentenced.

Growing up as a child, I learned my Mother was the most important Person in my life. She taught me to walk and talk, she fed me and took care of me when I was sick.

All I knew then was that me, my sisters and my brother had someone to care for us.

As I grew older there were more needs, School supplies, and gym clothes, bicycles, as we grew bigger, My mother worked more and I began to hang out with older kids.

My Mother has always taught us that Education and hard work are the way to make a good life in this country.

The Court knows what I've done wrong and the choices I made were my own.

So in prison I took classes and read books, and watched self help videos, I decided I would not make the same mistakes again and I learned through parenting classes how Important a Good Father can be to a family, I grew up without that and I do not want my Daughters to grow up not knowing their Father, or being able to count on their Dad to be there when they need him. And I don't want them to make the same mistakes I did growing up.

Your Honor,

The time I have been away from my family is hard because I Love and miss them., I call and write all the time.

Now my Daughters are growing up, and they ask hard questions. They see the sickness and death on the news and have seen programs of Covid-19 cases in Jails and Prisons and worry about me.

I try to calm them as a Father should. But I am concerned. I have served much of my sentence and have made plans, this is why now I have a stable residence to go out to and job offers. I have plans to further educate myself and be a stable Father figure.

This prison in Marquette MI. was built in 1885.

The cell blocks have open bars in the cells and during Flu season when one person gets sick, you hear coughing and Soon most everyone is sick. The Fans blow the air from everyone throughout the cell block.

There are no Emergency Call buttons in the Cells, So if you cannot breathe, or Suffer a stroke, heart attack or Seizure you may be in big trouble. This is not the B.O.P. and the difference in Health care is drastic.

Your Honor, I ask the court to consider that I have Served approximately 60% of my Sentence, the court knows the exact number. for me 10 years are missing of my life with my family.

The main fear I have is of having a medical emergency here at Marquette. I have asthma and use an inhaler but I also use a C-pap machine for sleep Apnea.
At night by myself in the cell alone, no staff supervision. Hourly rounds. My filter on my C-pap Machine has clogged because of all the dust in the air from the fans.
When you wake up like that it is frightening. The Mask is on but no air, and I have to see if it is an asthma Attack or the dust or both.
I've had two Severe Attacks and alerted staff, and the medical people here denied me treatment both times.
I had to file a grievance and after two months I was still given the wrong prescription for my inhaler. I need a different prescription for my asthma a stronger one.
I am asking this Court if it is possible to please recommend to the B.O.P. that I be moved to A B.O.P. facility with proper medical care for a High Risk B.O.P. prisoner with Asthma, and a C-pap machine, during this Covid-19 Crisis.
The request is for my safety and lack of proper medical CARE.
I thank this court for its time and consideration in deciding my Compassionate Release Motion, and any help in having me moved to A safer facility until this motion before the Court is decided. or consider Home Confinement.

Respectfully Submitted

June 30, 2020

Alfred Loford

Honorable Judge Engelmayer
United States Courthouse
Southern District of New York.

Dear Judge Engelmeyer,

Today is July 14th, 2020, The request for Compassionate Release pursuant to the "First Step Act of 2018" § 3582(c)(1)(A)(i), was Submitted after being notarized on May 29th 2020. I am currently at Marquette Branch Prison, Erica Huss is the Warden and she has not responded.

Enclosed is an evaluation of my work as a janitor and Porter, where I clean, maintain sanitation as well as helping others with their books, classroom work So they can better themselves and at the same time it helps me to better myself.

Your Honor, enclosed is a grievance form dated 5-18-2020, after severe Asthma Attacks on 3-26-20, and 4-8-20. my Albuterol was not effective. I had told the nurses and wrote health care I needed a stronger prescription. yet again I was given Albuterol, So I filed the grievance after filing 4 Healthcare kites and no help with the urgently needed stronger prescription. Your Honor, this is not a B.O.P. facility, And Corizon Health is the Provider, They have a very bad history of litigation, Lawsuits being filed and people with Serious medical Problems, Suffering As A result. I badly needed the new prescription and only after filing a grievance did I get the Correct prescription. (Ciclesonide). on 5-21-2020,

Your Honor, The Corizon Health employees work for a Corporation, which only wants to profit from contracts and the employees are not working as a part of the prison system (MDOC) but only for Corizon Health. One employee incorrectly said I failed to show up for 2 Appointments, (callouts). The MDOC prison staff in my unit and the staff at work in Programs, they knew there was no record of medical callouts for the dates she mentioned.

The guards and Prisoners know that Corizon Health is very bad and I looked on Lexis Nexis on 7-8-20, there were 6,717 hits, I do not want to be here for fear of getting Covid-19, or any medical problem that requires Serious care.

I thank you for your time and Consideration in this important matter.

July 14, 2020

Alfred Safford

Your Honor, My life is in your hands, please allow me to be released to my family. My family really needs me and they are very worried about me. Please adjust my Sentence to Home Confinement Thank you very much

From: Aneloy
To: Daddy

Merry christam daddy I wish you was here but I'm sill going to miss you a lot me Nomy mommy lucy and Deborah miss you and I prad to god to make you come.

Aneloy
Jaylianie
Deborah Love
Mommy you
Lucy

# 2020

## January

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

## February

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

## March

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

## April

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

## May

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

## June

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

## July

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

## August

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

## September

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

## October

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## November

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

## December

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |



MICHIGAN DEPARTMENT OF CORRECTIONS
# PRISONER PROGRAM AND WORK ASSIGNMENT EVALUATION

CSJ-363
REV. 09/06
4835-3363

| Prisoner Name (last) | (first) | (middle initial) | Prisoner No. | Lock No. | Institution Code |
|---|---|---|---|---|---|
| Laford | Alfred | | 574687 | BB16 | MBP |
| Assignment Name | | | Assignment No. | Date Assigned | Date Evaluated |
| Janitorial | | | 133 | 1/9/20 | 6/18/20 |
| Assignment Classification: ☐ Student ☐ Unskilled ☐ Semi-Skilled ☒ Skilled ☐ Other | | | Race NW | Date Terminated | Will Take Back ☒ Yes ☐ No |

| Circle the number beside each statement which describes the prisoner's work/school assignment performance: | 3 or more exceptions | 1-2 exceptions | No exceptions |
|---|---|---|---|
| 1. The prisoner was on time. | 0 | (2) | 3 |
| 2. The prisoner came on the correct days. | 0 | 2 | (3) |
| 3. The prisoner followed all safety rules. | 0 | 2 | (3) |
| 4. The prisoner followed all other rules. | 0 | 2 | (3) |
| 5. The prisoner followed the assignment authority's instructions. | 0 | 2 | (3) |
| 6. The prisoner cooperated with the assignment authority, followed the working chain of command and refrained from arguing about assignments. (Working relationship with Authority) | 0 | 2 | (3) |
| 7. The prisoner discussed work/education related problems with peers/tutor, listened to peer's/tutor's point of view, encouraged discussion without argument and limited disruptive vocalizations. (Communication with Peers) | 0 | 2 | (3) |
| 8. The prisoner did the assignment share of the work/education assignment, remained in the assigned area until the end of the shift and engaged in no horseplay. (Teamwork with Peers) | 0 | 2 | (3) |
| 9. The prisoner kept a neat, clean and well groomed personal appearance, suitable for the assignment. | 0 | 2 | (3) |
| 10. The prisoner did job/education tasks according to the job/education description. | 0 | 2 | (3) |
| 11. The prisoner kept the work area neat and clean. | 0 | 2 | (3) |
| 12. The prisoner worked without constant supervision or direction when appropriate. | 0 | 2 | (3) |
| 13. The prisoner was willing to perform additional duties or stay beyond scheduled time. When asked, the prisoner did not argue or complain and performed additional assignments in a satisfactory manner. | 0 | 2 | (3) |
| REVIEWED: Prisoner's Signature: x Alfred Laford Date: x 6-19-20 — COLUMN TOTAL: | | 2 | 36 |
| I RECOMMEND: — TOTAL SCORE: | | 38 | |

☐ Entry Pay with 30 Days Conditional · Below Average Score 0-27 ☐ Status Pay Satisfactory · Average Score 28-34
☒ * Above Average Score 35-39 ☐ Bonus Pay for Food Service Workers ☐ Termination ☐ Close Supervision

**Fill in the appropriate information for school programming** ** No notations in the 3 or more exceptions column.*

14. Academic CBI Modules in Progress ☐ N/A — Subject: — Letter/Number: / / / / /

15. GED Test Version — I — II — III — IV — V — Avg. Standard Score — Date Tested

16. Voc Ed Program in Progress ☐ N/A — Duties (capital letter) Completed. If duty not complete, print duty letter & task (number) completed.

17. Pre-Release/Job Seeking Skills Completed ☐ YES ☐ NO — Date Completed:

18. Completed training to operate the following machinery or equipment: — Date Completed:

19. Attendance — Hours Attended — Hours Missed

COMMENTS AND RECOMMENDATIONS:

Prisoner Laford 574687 works as a porter for the programs building in level V.

With minimal supervision, he performs his work well.

Laford gets along well with staff and prisoners.

| Evaluator's Signature | Supervisor's Signature |
|---|---|
| N. Bomer | Greg Olson |
| **Evaluator's Printed Name and Title** | **Supervisor's Printed Name and Title** |
| N. BOMER / LIBRARIAN | Greg OLSON A/ADW |

DISTRIBUTION: White – Record Office; Green – Assignment Supervisor; Canary – School Principal/Classification Director; Pink – RUM; Goldenrod – Prisoner

RECEIVED

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

MAY 21 2020
Grievance Office
Marquette Branch Prison

Date Received at Step I 5-21-2020 Grievance Identifier: MBP 20 05 0063 41 2D1 I

**Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.**

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Alfred LaFord | 574687 | MBP | BB16 | | 5-18-20 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 5-14-20
If none, explain why. I've written 4 medical kites, the last was submitted on 5-14-20.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. I had severe Asthm attacks on 3-26-20 & 4-8-20, while in my call BB16. Twice I wrote kite and I recieved no response, so I filed an urgent ~~resp~~ kite and again, no response. My 4th attempt for a medical appointment was on 5-14-20. Mrs. Jessica Wright responded to my kite stating I have two no shows, on 4-24-20 and 5-6-20, for my asthma issues, however at no time on those two dates did I recieve a call out nor did a c/o come and let me out for a call out. I'm locked down for 22 hours a day. In addition to claiming I have two no shows, Mrs. Wright did not provide me a new appt date. My asthma is a serious medical problem, I'm still getting asthma attacks.

Alfred Laford
Grievant's Signature

RESPONSE (Grievant Interviewed? ☒ Yes ☐ No If No, give explanation. If resolved, explain resolution.)

Resolved. Grievant was seen & issue addressed.

| D. Carlson | 06/03/2020 | C Scott Hum | 6/3/20 |
|---|---|---|---|
| Respondent's Signature | Date | Reviewer's Signature | Date |
| D. Carlson | RN13 | C Scott | HUM |
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

Date Returned to Grievant: 6-4-2020 | If resolved at Step I, Grievant sign here. Resolution must be described above. | Alfred Laford — Grievant's Signature | 6-3-2020 — Date

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant





NDC 70515-711-01

Net Contents: 6.1 g

Alvesco®

cicleson[ide Inhalation Aerosol]

80 m[cg/actuation]

60 Met[ered Actuations]

FOR ORAL IN[HALATION WITH A...]

Rx Only

PharmaCorr 7400 Plaza Mayor Blvd. STE 100 Oklahoma City, OK 73149
(888) 321-7774 FAX: (888) 200-7774
93016(MAIN)

1695182401

Laford, Alfred BB16 574687

CICLESONIDE (6.1 GM) 80 MCG INHA

1 of 1 QTY: 1 REF: 10 Eqv. to ALVESCO

TAKE 1 PUFF BY MOUTH TWICE DAILY FOR 365 DAYS **RINSE MOUTH AFTER USE**

CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.

292

DOB: 4/1/1990
Disp: 06/18/2020
Start: 05/21/20
Stop: 05/21/21
MARQUETTE BRANCH PRISON (MBP)
FALK, NP,DEREK / SCHMIDT, P,

Description: , ,

COVIS

Laford, Alfred 574687

CICLESONIDE (6.1 GM) 80 MCG INHA 1 of 1

93016 Disp: 06/18/2020 Rx: 51066701 N

Stop: 05/21/21

RPH: PHN Rx: 51066701 N (MI)N

Net Contents: 6.1 g

Alvesco®

ciclesonide **Inhalation Aerosol**

80 mcg/actuation

60 Metered Actuations

NDC 59310-579-22

PROAIR® HFA
(albuterol sulfate)
Inhalation Aerosol
90 mcg per actuation

Each actuation delive[rs] 108 mcg albuterol su[lfate...] 90 mcg albuterol, fro[m...]

**Attention pharmacis[t:] leaflet of instructions insert and dispense w[ith...]**

**Dosage:** Use only as d[irected by] physician.

See package insert for [...] information.

**Contents:** Each caniste[r...] microcrystalline suspens[ion...] sulfate in propellant (HFA-134a) and ethanol.

200 met[ered actua]tions

PROAIR® HFA
(albuterol sulfate)
Inhalation Aerosol
90 mcg per actuation

WARNINGS: The contents ...

Exposure to temperatures above 120°F may cause bursting. Never throw canister into fire or incinerator.

Rev. 6/16

PharmaCorr 7400 Plaza Mayor Blvd. STE 100 Oklahoma City, OK 73149
(888) 321-7774 FAX: (888) 200-7774
93016(MAIN)

1664167901

Laford, Alfred BB16 574687

ALBUTEROL HFA (8.5GM) 90 MCG INHA

1 of 1 QTY: 1 REF: 3 Eqv. to PROAIR HFA

TAKE 1 PUFF BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED KITE FOR REFILL LIMIT OF 2 CANISTERS PER 6 MONTH X 365 DAY(S) >> SHAKE WELL <<

CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED.

221

DOB: 4/1/1990
Disp: 05/13/2020
Start: 04/24/20
Stop: 04/24/21
MARQUETTE BRANCH PRISON (MBP)
FALK, NP,DEREK / SCHMIDT, P,

Description: , white,

TEVA

Laford, Alfred 574687

ALBUTEROL HFA (8.5GM) 90 MCG INHA 1 of 1

93016 Disp: 05/13/2020 Rx: 50966589 N

Stop: 04/24/21

RPH: HKT Rx: 50966589 N (MI)N

NDC 59310-579-22

PROAIR® HFA
(albuterol sulfate)
Inhalation Aerosol
90 mcg per actuation

For Oral [Inhala]tion with [Pro]Air® HFA [Actua]tor Only

Rx only

[200 Met]ered Inhalations

8.5 g Net Contents

TEVA

**Important:** Read accompanying directions carefully.
**Shake well before use.**
**Clean actuator weekly. See patient leaflet for instructions.**
**Discard inhaler when dose counter displays 0, or after the expiration date on the product, whichever comes first.**
Store between 15° and 25°C (59° and 77°F).
Mktd by: **Teva Respiratory, LLC**
Frazer, PA 19355
Mfd by:
**IVAX Pharmaceuticals Ireland**
Waterford, Ireland
MANUFACTURED IN IRELAND
©2012 Teva Respiratory, LLC
ProAir® is a registered trademark of Teva Respiratory, LLC.
The color red as used on the ProAir® HFA inhaler is a registered trademark of Teva Respiratory, LLC

GTIN 00359310579226

3 59310-579-22 6

Alfred Laford
#574687
Marquette Branch Prison
1960 U.S. Highway 41 South
Marquette, MI.
49855.

UNITED STATES POSTAGE PITNEY BOWES
$ 001.40
02 1P
0000922699 JUL 15 202
MAILED FROM ZIP CODE 4985

Rec'd 7/23/20
mr

United States Federal Courthouse
Honorable Judge Paul A. Engelmeyer
500 Pearl Street
New York, NY.
10007-1312

USM P3
SDNY