UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ALFRED LAFORD,<br><br>       Defendant. | 11-CR-1032-07 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

  The Court has received the attached letters, which are in support of defendant Alfred Laford's application for compassionate release.

  SO ORDERED.

                    _____
                    PAUL A. ENGELMAYER
                    United States District Judge

Dated: August 5, 2020
    New York, New York

Rec'd 8/5 mn

In support of Alfred Lafords compassionate release for covid-19

Angeliz Mejia

Case number: 1:11-cr-01032

11CR1032-7 (PAE)

Dear Mr. Engelmayer

My name is Angeliz Mejia. I am Alfred Lafords cousin. Alfred is the most carring person I know. He was always so good to me and everyone around him. Alfred always put us (his family) over everything, he was literally my best friend. He was always here for me when I needed him the most. Alfred has grown as a person in so many ways, when we talk on the phone during his calling hours he tells me about all his goals and everything he's going to do when he gets released from jail. I breaks my heart having to speak to my cousin, more like a brother to me through a phone and not being able to feel his presence around me. At my saddest moments he made me feel as if everything was going to be okay. He's made mistakes in the past but he has learned from them. Please don't make his past mistakes affect the future that he has for us. I've witnessed my aunt (his mother) go through a lot of things and it saddens me so much to see such an important, strong women in my life go through the things she goes through. Family is everything to me and as you may know this pandemic has affected a lot of people and Alfred is at risk of getting sick. I can't imagine what my family would go through ~~[scribbled out]~~ if something happens to him. If it was to ever happen to him I seriously wouldn't even know what to do with myself. Alfred has such a big impact in my life. Please take this into consideration regarding his release

In support of
Alfred Laford's compassionate release
for Covid-19

Case Number: 1:11-cr-01032

Dear Honorable judge,

I am Jaelyn Green. I've been a friend of Alfred's for almost 16 years now. He has always been an amazing person to be around. He's the type of person who wants the best for everyone. Under every circumstance he was there for me. He helped me emotionally, mentally, and financially when I went through rough times. Each in 2011 I remember like it was yesterday, when he found out he was having a child, he was tremendously eager to become a father. Unfortunately that was taken away because of mistakes in the past. I would like him to have the opportunity to raise his daughter. Alfred needs this opportunity not only for his well being but for his friends and family well being too. It hurts not seeing him here with us. With covid-19 going on I wouldn't want him to get sick. I've heard that conditions at his current facility aren't good. As you know by now he's at high risk of coronavirus. Due to his medical conditions. So please take these words above into consideration for his compassionate release. Thank you Mr. Engelmayer

"In support of Alfred Laford
for Compassionate release
for Covid-19
Case Number: 1:11-Cr-01032

11CR1032-7 (PAE)

Honorable Sr. Judge, I hope you are very well and that these few words express our discouragement.

My name is Mario Ledesma and I'm the uncle of Alfred Laford, a young man who despite having made his mistakes at an early age, he has learned a lot from them and we are an integral and very united family.

We are here to give him all the moral and economy support necessary for him to follow the best path in our society, of course if you give us that great opportunity.

We hope that you take all possible considerations so that Alfred, who is basically a very good person and we who are a family of good principles, can continue moving forward.

We thank you for any help in the case; in all sincerity Mario Ledesma

