UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ALFRED LAFORD,

                              Defendant.

11 Cr. 1032-07 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from the mother of defendant Alfred Laford,

addressing the conditions of Mr. Laford's confinement.  The Court asks Mr. Laford's trial

counsel, Telesforo Del Valle, Esq., to investigate these concerns and to notify the Court, by letter

due March 12, 2021, whether Mr. Laford seeks any relief within this Court's competence.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: February 18, 2021
        New York, New York

# MOTION FOR RECONSIDERATION - COMPASSIONATE RELEASE 3582 C1A

## CASE NUMBER: 1:11-cr-01032

## ALFRED LAFORD
## VS.
## UNITED STATES OF AMERICA

**Honorable Judge,**

I hope all is well with you! The reason for these lines is to ask for a reconsideration for the compassionate release motion for my son Alfred Laford, please forgive me for the audacity to write to you directly but my son is currently at Marquette Branch Prison in Marquette, Michigan. The state facility was built in 1889 meaning it is very old and in bad condition for any human being. My son along with other inmates are only permitted showers for approximately 5 minutes for several days a week. When the COVID-19 outbreak hit the facility during October 2020, 799 inmates and 250+ staff members were tested positive (Article Attached Printed & Link - https://www.google.com/amp/s/amp.freep.com/amp/5990001002 )

How did COVID-19 spread so rapidly? The facility places the inmates right next to each other in open bar cells. Any disease or infection from another inmate will easily pass down to the other. During these tough times, there were barely staff looking over or attending to the inmates in my son's facility. This matter left the inmates in charge of passing out lunch, those same inmates who tested positive. My son, Alfred Laford tested positive for COVID-19 in October 2020 and he has faced and is still facing a series of trauma because of his illness, pain, and suffering. Out of everyone infected in the prison, Alfred was one of the very few individuals rushed to the hospital to be treated for several weeks. While he was hospitalized twice, he was diagnosed with COVID-19 Pneumonia in his lungs and had to be treated with antibody therapy from Regeneron after convalescent PLASMA in order to get better along with receiving oxygen 24/7 for a few weeks. The COVID-19 was close to killing my son because he suffers from lung diseases like Asthma and Sleep Apnea, and on that list... added were heart problems and Tachycardia as a result of COVID-19. His heart rate is so accelerated that he can catch a heart attack or stroke, your honor. (Hospital records printed attached to this letter), (We are still waiting on the facility to send us the second hospitialization's records, as soon as we get the papers, we will send them to you). When my son, Alfred Laford had to be rushed to the hospital, he was so sick that he had to be rushed out in stretchers in an ambulance because he couldn't breathe, walk, eat, or drink. My son's health has worsened after this situation. When he was discharged, the hospital obligated the facility to have Alfred take medicine for his heart rate to progress in a positive way but the treatment is not benefiting him at all. His heart is still very accelerated. A few days ago, my son communicated to

me that the rate of prisoners in the facility he's in are being tested for COVID-19 again including himself and so far 14 people have been infected again. The numbers are rising, and I do not want my son to get infected again with the 2nd string of the COVID-19. The first time he tested positive, he was very close to dying because his lungs collapsed and he had to receive oxygen 24/7. This time, I cannot imagine how hard it would impact his health. I beg, and implore to take this letter into consideration and help me from a desperate mother.

Please, sir, I beg you to take on this matter, I miss my son. It has been 9 years, almost a decade. There has been so much lost time together. I am my son's world and he is mine! I know he committed mistakes but I am 100% sure, he has regretted the past incidents and has taken accountability. Mr. Engelmayer, he has matured and is ready to be back home with his family. Family is everything to Alfred. I would love for you to take my words into consideration. I know though, if he can at least get home confinement, I will be able to care and help my son. If you decide that this letter is not an appropriate result for that action then please make a recommendation so he can be removed from that state facility he is located in to a federal facility with better health care (He isn't supposed to be in a state facility because he does not owe the state incarceration system any time, he is supposed to be in federal custody). Again, your honor please grant my son this opportunity. Thank you in advance.

Sincerely,

Maria Ledesma

His Contact Information –
Alfred Laford 574687
Marquette Branch Prison
1960 US HWY 41 SOUTH
Marquette, MI 49855

MICHIGAN DEPARTMENT OF CORRECTIONS – Bureau of Health Care Services

CHJ-268
REV. 8/18

TO:  Del Valle & Assoc. 445 Park Avenue , New York, New York 10022

Requestor Name and Address

Alfred Laford                                                      574687

Prisoner Name                                                Number                        Lock

FROM:  A. Ehle                                  Health Information Dept.:  MBP

Name                                                                                          Institution

SUBJECT:  Request for Health Record Information

DATE:  10/5/2020

Your request for    ☒ copies        ☐ review          of your health record has been received.

This request is not being processed under the Freedom of Information Act (MCL 15.231 et seq.) because health records are not public documents. It is being processed under the Medical Records Access Act (MCL 333.26261 et seq.).

A.  ☐   **Your request can be processed after completion of the following steps:**

1.  ☐ Complete the attached authorization form, stating specifically what information you are requesting.

2.  ☐ Forward a completed disbursement voucher, in the amount of   $ _____
( _____ pages x $.25 per page).

3.  ☐ Submit a check or money order for the amount of $ _____  ( _____ pages)
*An initial fee of $24.48 per request for a copy of the record.*
*One dollar twenty two cents ($1.22) per page for the first 20 pages.*
*Sixty one cents ($.61) per page for pages 21 through 50.*
*Twenty four cents ($.24) per page for pages 51 and over.*
**Make check or money order payable to STATE OF MICHIGAN.  Send payment to:**

_____ , Attn:  Medical Records

Facility Name

B.  ☐   **Your request cannot be processed for the following reason(s):**

1.  ☐ Review of health records is not permitted.  You may obtain copies of your health record by submitting a health care request stating specifically what records you are requesting.

2.  ☐ The information you have requested is not contained within your health record.

3.  ☐ A more precise description of the information you are requesting is needed.  Please describe the information you want in greater detail.

4.  ☐ Other: _____

C.  ☐   Your request has been forwarded to Duane L. Waters Hospital, 3857 Cooper St., Jackson, MI 49201.

D.  ☒   Enclosed are the health record copies you requested  (  58  pages enclosed).

E.  ☐   Other: _____

_____

_____

_____

| **RESPONSE TO REQUEST FOR HEALTH RECORD INFORMATION** | Patient Identification |
|---|---|
| | Name:   LAFORD, ALFRED |
| | Number: 574687 |
| | D.O.B.: 4/1/1990 |

DISTRIBUTION:  Original – Requestor; Copy– Health Record

MICHIGAN DEPARTMENT OF CORRECTIONS – Bureau of Health Care Services

CHJ-127
REV. 8/09

# CERTIFICATION OF HEALTH RECORD COPIES

I, __Ambra Ehle__ , the Health Information Manager for the
<br>Name of Health Information Manager

__Marquette Branch Prison__ , a facility operated by the Michigan Department
<br>Name of Institution

of Corrections, hereby certify that the attached ____58____ pages(s) are true and
<br># of pages

accurate copies of the record of ___Alfred Laford 574687___ ,
<br>Prisoner Name and Number

which was regularly compiled and maintained in the course of the operation of the Michigan

Department of Corrections.

_____
<br>Health Information Manager

Marquette Branch Prison
<br>Institution

10/5/2020
<br>Date

Subscribed and sworn to before me, a Notary Public,

on the _5th_ day of _November_ , 20 _20_

_____
<br>Notary Public

KELLI KOIVISTO
<br>NOTARY PUBLIC, STATE OF MI
<br>COUNTY OF MARQUETTE
<br>MY COMMISSION EXPIRES Mar 30, 2024
<br>ACTING IN COUNTY OF _Marquette_

_Marquette_ County, Michigan

My commission expires: _3-30-24_

# CERTIFICATION OF HEALTH RECORD

| Patient Identification |
|---|
| Name: **LAFORD, ALFRED** |
| Number: 574687 |
| DOB: **04/01/1990** |

Distribution: Original with copies of health record

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | |
|---|---|---|---|
| Offender Name: | Laford, Alfred | Off #: | 0574687 |
| Date of Birth: | 04/01/1990 | Sex: M | Facility: MBP |
| Note Date: | 10/26/2020 16:02 | Provider: Wixtrom, Joe A. [JW10] | Unit: B |

COVID-19 encounter performed at Housing Unit.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Wixtrom, Joe A. [JW10] RN

Reason seen: Covid +
Temp: 96.8
Date/Time of last dose of Antipyretic and what was taken:
Has OTCs in cell to use: Yes
Provided OTCs (type/number of tablet/direction provided):
SOB: N
Cough: Yes, reports coughing up some blood tinged clear sputa
Sore Throat: N
Muscle Aches/Pain: N
Headache: N
Diarrhea: N
Nausea: N
Sweats/Chills/Shaking: N
Loss of Taste/Smell: N
Nursing Education provided: Rest, hydrate, and take OTC's for symptoms.
Additional Info: Pt concerned that he may have pneumonia. Main complaint is tachycardia whenever he stands up or esp. when he lays down in the evening. Will send UNR to provider to assess.
AS-2

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/26/2020 | 16:02 MBP | 96.8 | 36.0 | | Wixtrom, Joe A. [JW10] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/26/2020 | 16:02 MBP | 128 | | | Wixtrom, Joe A. [JW10] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/26/2020 | 16:02 MBP | 16 | Wixtrom, Joe A. [JW10] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/26/2020 | 16:02 MBP | Unavailable | | | | Wixtrom, Joe A. [JW10] RN |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/26/2020 | 16:02 MBP | 97 | | Wixtrom, Joe A. [JW10] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/26/2020 | 16:02 MBP | Unavailable | 0.0 | | Wixtrom, Joe A. [JW10] RN |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MP UNR | 10/26/2020 00:00 | Medical Provider |

Persistent tachycardia 120-130 bpm. Pt concerned he may have pneumonia still.

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Laford, Alfred | | | Off #: | 0574687 |
| Date of Birth: | 04/01/1990 | Sex: | M | Facility: | MBP |
| Note Date: | 10/26/2020 16:02 | Provider: | Wixtrom, Joe A. [JW10] | Unit: | B |

**Co-Pay Required:**           No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

**Standing Order:**           No

Completed by Wixtrom, Joe A. [JW10] RN on 10/26/2020 16:11

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: | Laford, Alfred | | Off #: | 0574687 |
| Date of Birth: | 04/01/1990 | Sex: M | Facility: | MBP |
| Note Date: | 10/25/2020 11:46 | Provider: Negrinelli, Christy [CN1] | Unit: | B |

COVID-19 encounter performed at Housing Unit.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1**     Provider: Negrinelli, Christy [CN1] RN

Reason seen: COVID assessment
Temp: 97.6
Date/Time of last dose of Antipyretic and what was taken: unknown
Has OTCs in cell to use: N/A
Provided OTCs (type/number of tablet/direction provided): none needed
SOB: no
Cough: yes
Sore Throat: no
Muscle Aches/Pain: no
Headache: no
Diarrhea: no
Nausea: no
Sweats/Chills/Shaking: no
Loss of Taste/Smell: no
Nursing Education provided: Access to care, symptoms to report
Acuity Score: 4 (heart rate, SPO2)
Additional Info:

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 10/25/2020 | 11:46 MBP | | 97.6 | 36.4 | Temporal | Negrinelli, Christy [CN1] RN |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 10/25/2020 | 11:46 MBP | | 123 | Via Machine | | Negrinelli, Christy [CN1] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/25/2020 | 11:46 MBP | 16 | Negrinelli, Christy [CN1] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/25/2020 | 11:46 MBP | Unavailable | | | | Negrinelli, Christy [CN1] RN |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/25/2020 | 11:46 MBP | 92 | Room Air | Negrinelli, Christy [CN1] RN |

**Weight:**

| Date | Time | | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|---|
| 10/25/2020 | 11:46 MBP | | Unavailable | 0.0 | | Negrinelli, Christy [CN1] RN |

**Co-Pay Required:** No     **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Negrinelli, Christy [CN1] RN on 10/25/2020 11:50

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| Offender Name: | Laford, Alfred | | | Off #: | 0574687 |
|---|---|---|---|---|---|
| Date of Birth: | 04/01/1990 | Sex: | M | Facility: | MBP |
| Note Date: | 10/24/2020 13:34 | Provider: | Negrinelli, Christy [CN1] | Unit: | B |

COVID-19 encounter performed at Housing Unit.
**Administrative Notes:**

ADMINISTRATIVE NOTE    1          Provider:   Negrinelli, Christy [CN1] RN

Reason seen: COVID assessment
Temp: 97.6
Date/Time of last dose of Antipyretic and what was taken: unknown
Has OTCs in cell to use: NA
Provided OTCs (type/number of tablet/direction provided): none requested
SOB: no
Cough: yes
Sore Throat: no
Muscle Aches/Pain: no
Headache: no
Diarrhea: no
Nausea: no
Sweats/Chills/Shaking: no
Loss of Taste/Smell: no
Nursing Education provided: access to care, sx to report
Additional Info: Acuity score- 1

Inmate states he has been coughing up blood the past few days. Recently hospitalized for COVID-19 and pneumonia. Reports frequent productive coughing. States coughing up clear mucous that is streaked with blood. CR review sent to MP due to recent dx.

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 10/24/2020 | 13:34 MBP | | 97.6 | 36.4 | Temporal | Negrinelli, Christy [CN1] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/24/2020 | 13:34 MBP | 101 | Via Machine | | Negrinelli, Christy [CN1] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/24/2020 | 13:34 MBP | 16 | Negrinelli, Christy [CN1] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/24/2020 | 13:34 MBP | Unavailable | | | | Negrinelli, Christy [CN1] RN |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/24/2020 | 13:34 MBP | 99 | Room Air | Negrinelli, Christy [CN1] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/24/2020 | 13:34 MBP | Unavailable | 0.0 | | Negrinelli, Christy [CN1] RN |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart Review | 10/24/2020 00:00 | Medical Provider |

Reports coughing up blood

Offender Name: Laford, Alfred
Date of Birth:  04/01/1990
Note Date:      10/24/2020 13:34

Sex:       M
Provider:  Negrinelli, Christy [CN1]

Off #:     0574687
Facility:  MBP
Unit:      B

Co-Pay Required:          No        Cosign Required:  No

Telephone/Verbal Order:   No

Standing Order:           No

Completed by Negrinelli, Christy [CN1] RN on 10/24/2020 13:38

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: | Laford, Alfred | | Off #: | 0574687 |
| Date of Birth: | 04/01/1990 | Sex:       M | Facility: | MBP |
| Note Date: | 10/23/2020 16:08 | Provider:   Wixtrom, Joe A. [JW10] | Unit: | B |

COVID-19 encounter performed at Housing Unit.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   1          Provider:   Wixtrom, Joe A. [JW10] RN

        Reason seen: Covid +
        Temp: 97.1
        Date/Time of last dose of Antipyretic and what was taken:
        Has OTCs in cell to use: Yes
        Provided OTCs (type/number of tablet/direction provided):
        SOB: N
        Cough: Y
        Sore Throat: N
        Muscle Aches/Pain: N
        Headache: N
        Diarrhea: N
        Nausea: N
        Sweats/Chills/Shaking: N
        Loss of Taste/Smell: N
        Nursing Education provided: Rest, hydrate, and take OTC's for symptoms.
        Additional Info: Only real complaint is tachycardia, esp. at night, states every time he gets up and moves his heart starts to pound. States he is drinking and urinating very frequently.
        AS-0

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 10/23/2020 | 16:07 MBP | | 97.1 | 36.2 | | Wixtrom, Joe A. [JW10] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/23/2020 | 16:07 MBP | 76 | | | Wixtrom, Joe A. [JW10] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/23/2020 | 16:07 MBP | 15 | Wixtrom, Joe A. [JW10] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/23/2020 | 16:07 MBP | Unavailable | | | | Wixtrom, Joe A. [JW10] RN |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/23/2020 | 16:07 MBP | 96 | | Wixtrom, Joe A. [JW10] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/23/2020 | 16:07 MBP | Unavailable | 0.0 | | Wixtrom, Joe A. [JW10] RN |

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:**  No | |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Wixtrom, Joe A. [JW10] RN on 10/23/2020 16:12

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Laford, Alfred | | | Off #: | 0574687 |
| Date of Birth: | 04/01/1990 | Sex: | M | Facility: | MBP |
| Note Date: | 10/23/2020 05:51 | Provider: | Falk, Derek J. [DF] NP | Unit: | B |

Administrative encounter performed at Other.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Falk, Derek J. [DF] NP

lab order

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| All Lab Tests-S-SARS-COV-2 IGG | One Time | 10/29/2020 00:00 | Routine |

**Co-Pay Required:**          No          **Cosign Required:** No

**Telephone/Verbal Order:**          No

**Standing Order:**          No

Completed by Falk, Derek J. [DF] NP on 10/23/2020 05:51

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: | Laford, Alfred | | Off #: | 0574687 |
| Date of Birth: | 04/01/1990 | Sex: M | Facility: | MBP |
| Note Date: | 10/22/2020 14:14 | Provider:   Wixtrom, Joe A. [JW10] | Unit: | B |

COVID-19 encounter performed at Housing Unit.
**Administrative Notes:**

   ADMINISTRATIVE NOTE   1      Provider:   Wixtrom, Joe A. [JW10] RN

      Reason seen: Covid +
      Temp: 96.9
      Date/Time of last dose of Antipyretic and what was taken:
      Has OTCs in cell to use: Yes
      Provided OTCs (type/number of tablet/direction provided): no
      SOB: Y
      Cough: N
      Sore Throat: N
      Muscle Aches/Pain: N
      Headache: N
      Diarrhea: N
      Nausea: N
      Sweats/Chills/Shaking: N
      Loss of Taste/Smell: N
      Nursing Education provided: Rest, hydrate, and take OTC's for symptoms.
      Additional Info: Feeling better since hospitalization. Heart pounding, educated to increase fluid intake.
      AS-2

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 10/22/2020 | 14:14 | MBP | 96.9 | 36.1 | | Wixtrom, Joe A. [JW10] RN |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 10/22/2020 | 14:14 | MBP | 124 | | | Wixtrom, Joe A. [JW10] RN |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 10/22/2020 | 14:14 | MBP | 16 | Wixtrom, Joe A. [JW10] RN |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 10/22/2020 | 14:14 | MBP | Unavailable | | | | Wixtrom, Joe A. [JW10] RN |

**SpO2:**

| Date | Time | | Value(%) | Air | Provider |
|---|---|---|---|---|---|
| 10/22/2020 | 14:14 | MBP | 96 | | Wixtrom, Joe A. [JW10] RN |

**Weight:**

| Date | Time | | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|---|
| 10/22/2020 | 14:14 | MBP | Unavailable | 0.0 | | Wixtrom, Joe A. [JW10] RN |

| | | | |
|---|---|---|---|
| Co-Pay Required: | No | Cosign Required:  No | |
| Telephone/Verbal Order: | No | | |
| Standing Order: | No | | |

Completed by Wixtrom, Joe A. [JW10] RN on 10/22/2020 14:18

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | |
|---|---|---|---|
| Offender Name: | Laford, Alfred | Off #: | 0574687 |
| Date of Birth: | 04/01/1990 | Sex: M | Facility: MBP |
| Note Date: | 10/21/2020 16:06 | Provider: Negrinelli, Christy [CN1] | Unit: B |

COVID-19 encounter performed at Housing Unit.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1        Provider:   Negrinelli, Christy [CN1] RN

Reason seen: COVID assessment
Temp: 97.3
Date/Time of last dose of Antipyretic and what was taken: unknown
Has OTCs in cell to use: no
Provided OTCs (type/number of tablet/direction provided): none requested
SOB: no
Cough: yes
Sore Throat: no
Muscle Aches/Pain: no
Headache: no
Diarrhea: no
Nausea: no
Sweats/Chills/Shaking: no
Loss of Taste/Smell: no
Nursing Education provided: access to care, symptoms to report, OTC meds
Additional Info:

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 10/21/2020 | 16:06 | MBP | 97.3 | 36.3 | Temporal | Negrinelli, Christy [CN1] RN |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 10/21/2020 | 16:06 | MBP | 111 | Via Machine | | Negrinelli, Christy [CN1] RN |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 10/21/2020 | 16:06 | MBP | 16 | Negrinelli, Christy [CN1] RN |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 10/21/2020 | 16:06 | MBP | Unavailable | | | | Negrinelli, Christy [CN1] RN |

**SpO2:**

| Date | Time | | Value(%) | Air | Provider |
|---|---|---|---|---|---|
| 10/21/2020 | 16:06 | MBP | 97 | Room Air | Negrinelli, Christy [CN1] RN |

**Weight:**

| Date | Time | | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|---|
| 10/21/2020 | 16:06 | MBP | Unavailable | 0.0 | | Negrinelli, Christy [CN1] RN |

**Co-Pay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Negrinelli, Christy [CN1] RN on 10/21/2020 16:10

# Michigan Department of Corrections
## Clinical Encounter

| | | |
|---|---|---|
| Offender Name: Laford, Alfred | | Off #: 0574687 |
| Date of Birth: 04/01/1990 | Sex: M | Facility: MBP |
| Encounter Date: 10/20/2020 10:34 | Provider: Falk, Derek J. [DF] NP | Unit: B |

COVID-19 encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Falk, Derek J. [DF] NP

Chief Complaint:   PULMONARY/RESPIRATORY

Subjective:   Pt seen post IP hospitalization for complications of COVID infection.  Pt reports improvement
in symptoms, no SOB noted at this time.  Pt denies fever, no muscle aches or chills.
Acuity score: 0
Pt back in GP housing unit.

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**ROS:**

**Cardiovascular**

**General**

No: Hx of CHF, Angina, Cold Extremities, Cough, Cyanosis, Edema

**Endocrine**

**General**

Yes: Normal

**General**

**Constitutional Symptoms**

No: Dizziness, Dyspnea, Malaise, Nausea, Vomiting, Fatigue

**GI**

**General**

Yes: Normal

**GU**

**General**

Yes: Normal

**Neurological**

**Autonomic System**

Yes: Normal

**Cranial Nerves**

Yes: Normal

**Motor System**

Yes: Normal

**Sensory System**

Yes: Normal

**Pulmonary**

| Offender Name: Laford, Alfred | | |
|---|---|---|
| Date of Birth: 04/01/1990 | | Off #: 0574687 |
| Encounter Date: 10/20/2020 10:34 | Sex: M | Facility: MBP |
| | Provider: Falk, Derek J. [DF] NP | Unit: B |

**ROS:**

### Respiratory System

Yes: Normal
No: Cough-Productive, DOE, Dyspnea

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/20/2020 | 10:35 MBP | 97.1 | 36.2 | | Falk, Derek J. [DF] NP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/20/2020 | 10:35 MBP | 90 | | | Falk, Derek J. [DF] NP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/20/2020 | 10:35 MBP | 14 | Falk, Derek J. [DF] NP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/20/2020 | 10:35 MBP | Unavailable | | | | Falk, Derek J. [DF] NP |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/20/2020 | 10:35 MBP | 98 | Room Air | Falk, Derek J. [DF] NP |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/20/2020 | 10:35 MBP | Unavailable | 0.0 | | Falk, Derek J. [DF] NP |

**Exam:**

Abdomen
  Auscultation
    Yes: Normo-Active Bowel Sounds
  Inspection
    Yes: Normal
Cardiovascular
  Auscultation
    Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
  Observation
    Yes: Regular Rhythm, Tachycardia
Eyes
  General
    Yes: Extraocular Movements Intact
Face
  General
    Yes: Symmetric
Head
  General
    Yes: Symmetry of Motor Function, Atraumatic/Normocephalic
Pulmonary

| | | |
|---|---|---|
| Offender Name: Laford, Alfred | | Off #:    0574687 |
| Date of Birth:   04/01/1990 | Sex:    M | Facility:  MBP |
| Encounter Date:  10/20/2020 10:34 | Provider:  Falk, Derek J. [DF] NP | Unit:    B |

**Exam:**

    **Auscultation**

        Yes: Rhonchi

    **Observation/Inspection**

        Yes: Normal

        No: Cyanotic, Apneic, Respiratory Distress, Tachypnea, Hyperventilation

  **Skin**

    **Color**

        Yes: Normal

**ASSESSMENT:**

    COVID-19, U07.1 - Current, Temporary/Acute, Improved

**PLAN:**

**Disposition:**

    Education Provided

    Follow-up at Sick Call as Needed

    Kite PRN

**Other:**

    Pt reports improvement in symptoms.

    Will continue to follow up daily.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/20/2020 | Counseling | Plan of Care | Falk, Derek J. | Verbalizes Understanding |

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:** | No |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Falk, Derek J. [DF] NP on 10/20/2020 10:40

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: | Laford, Alfred | | Off #: | 0574687 |
| Date of Birth: | 04/01/1990 | Sex: M | Facility: | MBP |
| Note Date: | 10/19/2020 15:44 | Provider: Wixtrom, Joe A. [JW10] | Unit: | B |

Nursing Note encounter performed at Clinic.

**Administrative Notes:**

    ADMINISTRATIVE NOTE   1        Provider:  Wixtrom, Joe A. [JW10] RN

       Return from hospital where pt was inpatient for several days.  UNR to provider.

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 10/19/2020 | 15:44 MBP | | 98.3 | 36.8 | | Wixtrom, Joe A. [JW10] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/19/2020 | 15:44 MBP | 128 | | | Wixtrom, Joe A. [JW10] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/19/2020 | 15:44 MBP | 18 | Wixtrom, Joe A. [JW10] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/19/2020 | 15:44 MBP | 114/62 | | | | Wixtrom, Joe A. [JW10] RN |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/19/2020 | 15:44 MBP | 97 | | Wixtrom, Joe A. [JW10] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/19/2020 | 15:44 MBP | Unavailable | 0.0 | | Wixtrom, Joe A. [JW10] RN |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MP UNR | 10/19/2020 00:00 | Medical Provider |

      Return from inpatient stay at hospital

**Co-Pay Required:**  No      **Cosign Required:**  No

**Telephone/Verbal Order:**  No

**Standing Order:**  No

Completed by Wixtrom, Joe A. [JW10] RN on 10/19/2020 15:49

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Laford, Alfred | | | Off #: | 0574687 |
| Date of Birth: | 04/01/1990 | Sex: | M | Facility: | MBP |
| Note Date: | 10/19/2020 14:46 | Provider: | Price, Nikkida [NP] | Unit: | B |

Admission Note encounter performed at Inpatient Medical.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   1       Provider:  Price, Nikkida [NP]

       Daily Inpatient Clinical Note(s) from Marquette General Hospital

       10-19-20 Per MGH CM Sam - Pt DC orders 10/19/20. rf,rn

**Co-Pay Required:**   No     **Cosign Required:**  No

**Telephone/Verbal Order:**  No

**Standing Order:**     No

Completed by Price, Nikkida [NP] on 10/20/2020 14:47

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: | Laford, Alfred | | Off #: | 0574687 |
| Date of Birth: | 04/01/1990 | Sex: M | Facility: | MBP |
| Note Date: | 10/15/2020 11:27 | Provider:   Price, Nikkida [NP] | Unit: | B |

Admission Note encounter performed at Inpatient Medical.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Price, Nikkida [NP]

Daily Inpatient Clinical Note(s) from Marquette General Hospital

11:45 AM: Call back from Nurse CM, Sam w/ verbal UD:  IP Day 2
S:  Verbal CM report
O:  Patient currently on 4L 02 w/ sats at 99%, weaning as tolerated.  Not sure at this time if pt will need 02 to continue at D/C.
CT Chest was done and NEGATIVE for PE.
A:  Unchanged.
PLAN: Continues on medications started 10/14/20.
Awaiting official clinical note from PHY for 10/15/20, however, verbal report was they anticipate patient LOS to be another 24-48 hours.
Hosp CM aware that MDOC can provide 02 if needed in MDOC INFirmary setting. /rf,rn
10/15/20 11:20 AM: Call to MGH CM Office, Deena @ 906.449.3670:  IP Day 1
Confirmed pt admit 10/14/20 @ 15:39 as INPT.  Arrived in ED 13:15 via AMB.
COVID POSITIVE per Prison testing.
Deena in CM will fax H&P ASAP.
Call to COVID UNIT CM, Sam @ 906.449.4866, LVM asking for "real time" UD for 10/15/20 as there are NO Physician notes avail at this time per Deena.
11:40 AM: Received faxed H&P.
S:  Fax Review:  H&P:  30 y/o w/ PMH Asthma in to ED w/ c/o SOB. Tested POS for COVID 5 days ago.
About 2 days ago, onset worsening SOB, worse w/ exertion. Assoc productive cough, non-productive, body aches, nausea w/o vomiting. Poor appetite. Diarrhea.
O: ED:  T 100.1 w/ HR 130.  Hypoxic w/ sats 84% on room air, improved to 96% on 4L.  BP 122/71 RR 18
CXR:  Bibasilar Opacity.
LABS: WBC 6.5.  pH 7.45, pCO2 36, P02 105, Hco3 25. CKP 577. PTT 30.3. INR 1.0. PT 10.9. LDH 622. Mg 2.1. NA 133. K 4.2, CL 95, C02 25. A-gap 13. Gluc 142. LFTs wnl. CRP 18.2. Trop 0.061, Ferritin  259. L-Acid 1.0.
EKG:  ST , no acute , rate 124.
A: Acute Resp Failure w/ Hypoxia; COVID 19, Elev Trop
PLAN: Admit to INPT, CT R/O PE. 02 support , wean as tol.  Trend trops. Start on ASA. Picture not c/w ACS.
D/W pt risk/benefits of Dexamethasone, Remdesivir and Convalescent Plasma and pt understands/consented to all 3.
Dexamethasone 6 mg IV QD ; Remdesivir 200 mg IV QD followed by 100 MG IV QD for 5 dys and 1 U of Convalescent Plasma.
Pt was provided w/ fact sheet for Remdesivir and d/w him that it is not an approved drug and it is authorized for use under EUA, he verbalized understanding and consented to it.
Albuterol prn, continue other Asthma home meds.
Lovenox and SCD for DVT prophy. /rf,rn

| | | | |
|---|---|---|---|
| Co-Pay Required: | No | **Cosign Required:**  No | |
| Telephone/Verbal Order: | No | | |
| Standing Order: | No | | |

Completed by Price, Nikkida [NP] on 10/16/2020 11:30

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Laford, Alfred | | | Off #: | 0574687 |
| Date of Birth: | 04/01/1990 | Sex: | M | Facility: | MBP |
| Note Date: | 10/14/2020 13:59 | Provider: | Falk, Derek J. [DF] NP | Unit: | B |

Administrative encounter performed at Other.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   1      Provider:  Falk, Derek J. [DF] NP

       Pt sent to local ER

**Co-Pay Required:**    No     **Cosign Required:**  No

**Telephone/Verbal Order:**  No

**Standing Order:**     No

Completed by Falk, Derek J. [DF] NP on 10/14/2020 14:00

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: | Laford, Alfred | | Off #: | 0574687 |
| Date of Birth: | 04/01/1990 | Sex: M | Facility: | MBP |
| Note Date: | 10/14/2020 12:16 | Provider: Falk, Derek J. [DF] NP | Unit: | B |

COVID-19 encounter performed at Housing Unit.

**Administrative Notes:**

    ADMINISTRATIVE NOTE  1       Provider:  Falk, Derek J. [DF] NP

        Pt seen cellside for COVID follow up.  Pt reports SOB, cough, chest congestion and tightness stating "I can't catch my breath".  Pt is a known asthmatic, has been using Alvesco and Albuterol inhalers as ordered.  O2 sat checked, 90%, HR 158.

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 10/14/2020 | 12:16 | MBP | Unavailable | 0.0 | | Falk, Derek J. [DF] NP |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | | Rhythm | Provider |
|---|---|---|---|---|---|---|---|
| 10/14/2020 | 12:16 | MBP | 158 | | | | Falk, Derek J. [DF] NP |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 10/14/2020 | 12:16 | MBP | 18 | Falk, Derek J. [DF] NP |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 10/14/2020 | 12:16 | MBP | Unavailable | | | | Falk, Derek J. [DF] NP |

**SpO2:**

| Date | Time | | Value(%) | Air | Provider |
|---|---|---|---|---|---|
| 10/14/2020 | 12:16 | MBP | 90 | Room Air | Falk, Derek J. [DF] NP |

**Weight:**

| Date | Time | | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|---|
| 10/14/2020 | 12:16 | MBP | Unavailable | 0.0 | | Falk, Derek J. [DF] NP |

**PLAN:**

**Disposition:**

    Education Provided
    Follow-up at Sick Call as Needed
    Kite PRN

**Other:**

    To local ER via state vehicle.

| | | | |
|---|---|---|---|
| Co-Pay Required: | No | Cosign Required:  No | |
| Telephone/Verbal Order: | No | | |
| Standing Order: | No | | |

Completed by Falk, Derek J. [DF] NP on 10/14/2020 12:18

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | |
|---|---|---|---|
| Offender Name: | Laford, Alfred | | Off #: 0574687 |
| Date of Birth: | 04/01/1990 | Sex: M | Facility: MBP |
| Note Date: | 10/13/2020 21:22 | Provider: Burdick, Calvin [CB14] | Unit: B |

COVID-19 encounter performed at Housing Unit.
**Administrative Notes:**

ADMINISTRATIVE NOTE 1 Provider: Burdick, Calvin [CB14] RN

Inmate seen cell side for reassessment. Inmate was on recreational yard on previous attempt on AM shift. Inmate coughing with conversation, non-productive. Inmate reported using albuterol MDI 3-4 times over past 2 days, little relief. Inmate continues with complaint of shortness of breath. No cyanosis. HR elevated 121, pulse ox 96%.

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/13/2020 | 21:22 MBP | 99.2 | 37.3 | | Burdick, Calvin [CB14] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/13/2020 | 21:22 MBP | 124 | | | Burdick, Calvin [CB14] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/13/2020 | 21:22 MBP | 20 | Burdick, Calvin [CB14] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/13/2020 | 21:22 MBP | Unavailable | | | | Burdick, Calvin [CB14] RN |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/13/2020 | 21:22 MBP | 96 | | Burdick, Calvin [CB14] RN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 10/13/2020 | 21:22 MBP | Unavailable | 0.0 | Burdick, Calvin [CB14] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/13/2020 | 21:22 MBP | Unavailable | 0.0 | | Burdick, Calvin [CB14] RN |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MP UNR | 10/13/2020 00:00 | Medical Provider |

Asthmatic, COVID +, little relief with albuterol

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:** No | |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Burdick, Calvin [CB14] RN on 10/13/2020 21:29

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: | Laford, Alfred | | Off #: | 0574687 |
| Date of Birth: | 04/01/1990 | Sex: M | Facility: | MBP |
| Note Date: | 10/13/2020 15:44 | Provider: Falk, Derek J. [DF] NP | Unit: | B |

Administrative encounter performed at Other.
**Administrative Notes:**

ADMINISTRATIVE NOTE    1          Provider:   Falk, Derek J. [DF] NP

Reported SOB today with low O2 sat.  MP tried to assess at this time but pt out on yard.


**Co-Pay Required:**          No      **Cosign Required:**  No
**Telephone/Verbal Order:**  No
**Standing Order:**          No

Completed by Falk, Derek J. [DF] NP on 10/13/2020 15:44

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: | Laford, Alfred | | Off #: | 0574687 |
| Date of Birth: | 04/01/1990 | Sex: M | Facility: | MBP |
| Note Date: | 10/12/2020 21:30 | Provider: Burdick, Calvin [CB14] | Unit: | B |

COVID-19 encounter performed at Housing Unit.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:  Burdick, Calvin [CB14] RN
    Assessment completed per AM RN.  Coughing, diarrhea, drowsy.

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/12/2020 | 21:30 MBP | 99.7 | 37.6 | | Burdick, Calvin [CB14] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/12/2020 | 21:30 MBP | 121 | | | Burdick, Calvin [CB14] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/12/2020 | 21:30 MBP | 20 | Burdick, Calvin [CB14] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/12/2020 | 21:30 MBP | Unavailable | | | | Burdick, Calvin [CB14] RN |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/12/2020 | 21:30 MBP | 94 | | Burdick, Calvin [CB14] RN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 10/12/2020 | 21:30 MBP | Unavailable | 0.0 | Burdick, Calvin [CB14] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/12/2020 | 21:30 MBP | Unavailable | 0.0 | | Burdick, Calvin [CB14] RN |

**Co-Pay Required:**      No        **Cosign Required:**  No
**Telephone/Verbal Order:**  No
**Standing Order:**       No

Completed by Burdick, Calvin [CB14] RN on 10/12/2020 21:37

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: | Laford, Alfred | | Off #: | 0574687 |
| Date of Birth: | 04/01/1990 | Sex: M | Facility: | MBP |
| Note Date: | 10/12/2020 16:18 | Provider: Kocha, Joshua [JK7] PA | Unit: | B |

COVID-19 encounter performed at Clinic.

**Administrative Notes:**

ADMINISTRATIVE NOTE 1      Provider: Kocha, Joshua [JK7] PA

Pt tested positive for covid 19 and was seen cell side. He states his lungs hurt and he has a cough. He notes fever, chills, and diarrhea.

Pt appears in his stated health. He does not appear acutely ill or toxic. His breathing is easy and non labored. He did not cough during our interview. His lips are not dry or cracked. He easily converses in a normal tone of voice. He does not show outward signs of dizziness when standing.

Questions solicited and answered. We discussed symptomatic management, monitoring, and for him to report any changes to medical. He agrees to assure he is drinking enough water.
Acuity score 2
iPro 0.53

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 10/12/2020 | 16:18 | MBP | 97.0 | 36.1 | | Kocha, Joshua [JK7] PA |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 10/12/2020 | 16:18 | MBP | 104 | | | Kocha, Joshua [JK7] PA |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 10/12/2020 | 16:18 | MBP | 15 | Kocha, Joshua [JK7] PA |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 10/12/2020 | 16:18 | MBP | Unavailable | | | | Kocha, Joshua [JK7] PA |

**SpO2:**

| Date | Time | | Value(%) | Air | Provider |
|---|---|---|---|---|---|
| 10/12/2020 | 16:18 | MBP | 95 | | Kocha, Joshua [JK7] PA |

**Weight:**

| Date | Time | | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|---|
| 10/12/2020 | 16:18 | MBP | Unavailable | 0.0 | | Kocha, Joshua [JK7] PA |

| | | | | |
|---|---|---|---|---|
| Co-Pay Required: | No | **Cosign Required:** | No | |
| Telephone/Verbal Order: | No | | | |
| Standing Order: | No | | | |

Completed by Kocha, Joshua [JK7] PA on 10/12/2020 16:19

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | |
|---|---|---|---|
| Offender Name: | Laford, Alfred | | Off #: | 0574687 |
| Date of Birth: | 04/01/1990 | Sex: M | Facility: | MBP |
| Note Date: | 10/12/2020 10:37 | Provider: Bohjanen, Richard [RB5] | Unit: | B |

Administrative encounter performed at Non Patient Contact.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Bohjanen, Richard [RB5] MD

Covid 19 positive.  Orders for labs and vitamins entered.

**ASSESSMENTS:**

COVID-19, U07.1 – Current, Temporary/Acute, Initial

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | C-1000 Oral Tablet 1000 MG | 10/12/2020 10:37 | 10/12/2020 | 14 | 1 tab By Mouth two times daily x 7 day(s) |
| | Indication:  COVID-19 | | | | |
| | Vitamin D Oral Capsule 125 MCG (5000 UT) | 10/12/2020 10:37 | 10/12/2020 | 7 | 1 cap By Mouth daily x 7 day(s) |
| | Indication:  COVID-19 | | | | |
| | THIAMINE 100MG TABS | 10/12/2020 10:37 | 10/12/2020 | 28 | 2 tabs By Mouth two times daily x 7 day(s) |
| | Indication:  COVID-19 | | | | |
| | Zinc Sulfate Oral Capsule 50 MG | 10/12/2020 10:37 | 10/12/2020 | 14 | 1 cap By Mouth two times daily x 7 day(s) |
| | Indication:  COVID-19 | | | | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| * Top 100 Labs-C-C-REACTIVE PROTEIN (CRP), NON-CARDIAC | One Time | 10/12/2020 00:00 | Today |
| * Top 100 Labs-C-CBC/DIFF/PLT | | | |
| * Top 100 Labs-C-CMP  PROFILE | | | |
| * Top 100 Labs-F-FERRITIN | | | |
| * Top 100 Labs-V-VITAMIN D, 25-HYDROXY | | | |
| Lab personnel verbally notified of a priority order of Today or Stat | | | |

**Co-Pay Required:**        No       **Cosign Required:**  No

**Telephone/Verbal Order:**   No

**Standing Order:**         No

Completed by Bohjanen, Richard [RB5] MD on 10/12/2020 10:44

# Michigan Department of Corrections
## Clinical Encounter

| | | |
|---|---|---|
| Offender Name: Laford, Alfred | | Off #: 0574687 |
| Date of Birth: 04/01/1990 | Sex: M | Facility: MBP |
| Encounter Date: 10/11/2020 15:57 | Provider: Carlson, Danielle [DC] RN | Unit: B |

COVID-19 encounter performed at Housing Unit.

**SUBJECTIVE:**

**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Carlson, Danielle [DC] RN

Pt. seen cell side.

Reason seen: Covid positive follow up/eval
Temp: 97.8
Date/Time of last dose of Antipyretic and what was taken: Tylenol 10/11/2020 0600 approx.
Has OTCs in cell to use: Y
Provided OTCs (type/number of tablet/direction provided): N
SOB: N
Cough: YES
Sore Throat: YES
Muscle Aches/Pain: N
Headache: N
Diarrhea: N
Nausea: N
Sweats/Chills/Shaking: YES
Loss of Taste/Smell: N
Nursing Education provided: Pt. advised to contact HC with any worsening sx. He verbalized understanding.
Additional Info: Patient's pulse was 142. He denies any SOB or chest pain. Pt. in NAD. I didn't hear him
coughing at this time. Skin color normal. Respirations even and unlabored.  MP Falk notified of elevated
pulse. No orders given by MP.

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/11/2020 | 15:56 MBP | 97.8 | 36.6 | | Carlson, Danielle [DC] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/11/2020 | 15:56 MBP | 142 | | | Carlson, Danielle [DC] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/11/2020 | 15:56 MBP | 16 | Carlson, Danielle [DC] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/11/2020 | 15:56 MBP | Unavailable | | | | Carlson, Danielle [DC] RN |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/11/2020 | 15:56 MBP | 97 | | Carlson, Danielle [DC] RN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 10/11/2020 | 15:56 MBP | Unavailable | 0.0 | Carlson, Danielle [DC] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/11/2020 | 15:56 MBP | Unavailable | 0.0 | | Carlson, Danielle [DC] RN |

Offender Name: Laford, Alfred
Date of Birth: 04/01/1990
Encounter Date: 10/11/2020 15:57

Sex:        M
Provider:   Carlson, Danielle [DC] RN

Off #:      0574687
Facility:   MBP
Unit:       B

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|

**Exam:**

**ASSESSMENT:**

    Other

**PLAN:**

**Disposition:**

    Education Provided

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 10/11/2020 | Counseling | Access to Care | Carlson, Danielle | Verbalizes Understanding |

**Co-Pay Required:**         No       **Cosign Required:** No
**Telephone/Verbal Order:**  No
**Standing Order:**          No

Completed by Carlson, Danielle [DC] RN on 10/11/2020 16:10

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: | Laford, Alfred | | Off #: | 0574687 |
| Date of Birth: | 04/01/1990 | Sex:      M | Facility: | MBP |
| Note Date: | 10/09/2020 14:13 | Provider:   Bohjanen, Richard [RB5] | Unit: | B |

Administrative encounter performed at Non Patient Contact.
**Administrative Notes:**

ADMINISTRATIVE NOTE    1          Provider:   Bohjanen, Richard [RB5] MD

Enter orders for SARS COV2 RNA, RT PCR

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| ID-ID-SARS COV 2 RNA, RT PCR | One Time | 10/09/2020 00:00 | Today |

Lab personnel verbally notified of a priority order of Today or Stat

| | | | |
|---|---|---|---|
| Co-Pay Required: | No | Cosign Required:  No | |
| Telephone/Verbal Order: | No | | |
| Standing Order: | No | | |

Completed by Bohjanen, Richard [RB5] MD on 10/09/2020 14:15

# Michigan Department of Corrections

## Vitals All

| Begin Date: | 10/08/2020 | End Date: | 10/26/2020 |
| Off #: | 0574687 | Offender Name: | Laford, Alfred |

### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|-----------|---------|----------|----------|
| 10/26/2020 | 16:02 MBP | 96.8 | 36.0 | | Wixtrom, Joe A. [JW10] RN |
| | Orig Entered: 10/26/2020 16:09 EST | | Wixtrom, Joe A. [JW10] RN | | |
| 10/25/2020 | 11:46 MBP | 97.6 | 36.4 | Temporal | Negrinelli, Christy [CN1] RN |
| | Orig Entered: 10/25/2020 11:50 EST | | Negrinelli, Christy [CN1] RN | | |
| 10/24/2020 | 13:34 MBP | 97.6 | 36.4 | Temporal | Negrinelli, Christy [CN1] RN |
| | Orig Entered: 10/24/2020 13:38 EST | | Negrinelli, Christy [CN1] RN | | |
| 10/23/2020 | 16:07 MBP | 97.1 | 36.2 | | Wixtrom, Joe A. [JW10] RN |
| | Orig Entered: 10/23/2020 16:12 EST | | Wixtrom, Joe A. [JW10] RN | | |
| 10/22/2020 | 14:14 MBP | 96.9 | 36.1 | | Wixtrom, Joe A. [JW10] RN |
| | Orig Entered: 10/22/2020 14:18 EST | | Wixtrom, Joe A. [JW10] RN | | |
| 10/21/2020 | 16:06 MBP | 97.3 | 36.3 | Temporal | Negrinelli, Christy [CN1] RN |
| | Orig Entered: 10/21/2020 16:10 EST | | Negrinelli, Christy [CN1] RN | | |
| 10/20/2020 | 10:35 MBP | 97.1 | 36.2 | | Falk, Derek J. [DF] NP |
| | Orig Entered: 10/20/2020 10:36 EST | | Falk, Derek J. [DF] NP | | |
| 10/19/2020 | 15:44 MBP | 98.3 | 36.8 | | Wixtrom, Joe A. [JW10] RN |
| | Orig Entered: 10/19/2020 15:47 EST | | Wixtrom, Joe A. [JW10] RN | | |
| 10/14/2020 | 12:16 MBP | Unavailable | 0.0 | | Falk, Derek J. [DF] NP |
| | Orig Entered: 10/14/2020 12:18 EST | | Falk, Derek J. [DF] NP | | |
| 10/13/2020 | 21:22 MBP | 99.2 | 37.3 | | Burdick, Calvin [CB14] RN |
| | Orig Entered: 10/13/2020 21:28 EST | | Burdick, Calvin [CB14] RN | | |
| 10/12/2020 | 21:30 MBP | 99.7 | 37.6 | | Burdick, Calvin [CB14] RN |
| | Orig Entered: 10/12/2020 21:37 EST | | Burdick, Calvin [CB14] RN | | |
| 10/12/2020 | 16:18 MBP | 97.0 | 36.1 | | Kocha, Joshua [JK7] PA |
| | Orig Entered: 10/12/2020 16:19 EST | | Kocha, Joshua [JK7] PA | | |
| 10/11/2020 | 15:56 MBP | 97.8 | 36.6 | | Carlson, Danielle [DC] RN |
| | Orig Entered: 10/11/2020 16:09 EST | | Carlson, Danielle [DC] RN | | |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 10/26/2020 | 16:02 MBP | 128 | | | Wixtrom, Joe A. [JW10] RN |
| | Orig Entered: 10/26/2020 16:09 EST | | Wixtrom, Joe A. [JW10] RN | | |
| 10/25/2020 | 11:46 MBP | 123 | Via Machine | | Negrinelli, Christy [CN1] RN |
| | Orig Entered: 10/25/2020 11:50 EST | | Negrinelli, Christy [CN1] RN | | |
| 10/24/2020 | 13:34 MBP | 101 | Via Machine | | Negrinelli, Christy [CN1] RN |
| | Orig Entered: 10/24/2020 13:38 EST | | Negrinelli, Christy [CN1] RN | | |
| 10/23/2020 | 16:07 MBP | 76 | | | Wixtrom, Joe A. [JW10] RN |
| | Orig Entered: 10/23/2020 16:12 EST | | Wixtrom, Joe A. [JW10] RN | | |
| 10/22/2020 | 14:14 MBP | 124 | | | Wixtrom, Joe A. [JW10] RN |
| | Orig Entered: 10/22/2020 14:18 EST | | Wixtrom, Joe A. [JW10] RN | | |
| 10/21/2020 | 16:06 MBP | 111 | Via Machine | | Negrinelli, Christy [CN1] RN |
| | Orig Entered: 10/21/2020 16:10 EST | | Negrinelli, Christy [CN1] RN | | |
| 10/20/2020 | 10:35 MBP | 90 | | | Falk, Derek J. [DF] NP |
| | Orig Entered: 10/20/2020 10:36 EST | | Falk, Derek J. [DF] NP | | |
| 10/19/2020 | 15:44 MBP | 128 | | | Wixtrom, Joe A. [JW10] RN |
| | Orig Entered: 10/19/2020 15:47 EST | | Wixtrom, Joe A. [JW10] RN | | |
| 10/14/2020 | 12:16 MBP | 158 | | | Falk, Derek J. [DF] NP |
| | Orig Entered: 10/14/2020 12:18 EST | | Falk, Derek J. [DF] NP | | |

| Begin Date: | 10/08/2020 | End Date: | 10/26/2020 |
|---|---|---|---|
| Off #: | 0574687 | Offender Name: | Laford, Alfred |

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/13/2020 21:22 MBP | | 124 | | | Burdick, Calvin [CB14] RN |
| Orig Entered: 10/13/2020 21:28 EST | | | Burdick, Calvin [CB14] RN | | |
| 10/12/2020 21:30 MBP | | 121 | | | Burdick, Calvin [CB14] RN |
| Orig Entered: 10/12/2020 21:37 EST | | | Burdick, Calvin [CB14] RN | | |
| 10/12/2020 16:18 MBP | | 104 | | | Kocha, Joshua [JK7] PA |
| Orig Entered: 10/12/2020 16:19 EST | | | Kocha, Joshua [JK7] PA | | |
| 10/11/2020 15:56 MBP | | 142 | | | Carlson, Danielle [DC] RN |
| Orig Entered: 10/11/2020 16:09 EST | | | Carlson, Danielle [DC] RN | | |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/26/2020 | 16:02 MBP | 16 | Wixtrom, Joe A. [JW10] RN |
| Orig Entered: 10/26/2020 16:09 EST | | | Wixtrom, Joe A. [JW10] RN |
| 10/25/2020 | 11:46 MBP | 16 | Negrinelli, Christy [CN1] RN |
| Orig Entered: 10/25/2020 11:50 EST | | | Negrinelli, Christy [CN1] RN |
| 10/24/2020 | 13:34 MBP | 16 | Negrinelli, Christy [CN1] RN |
| Orig Entered: 10/24/2020 13:38 EST | | | Negrinelli, Christy [CN1] RN |
| 10/23/2020 | 16:07 MBP | 15 | Wixtrom, Joe A. [JW10] RN |
| Orig Entered: 10/23/2020 16:12 EST | | | Wixtrom, Joe A. [JW10] RN |
| 10/22/2020 | 14:14 MBP | 16 | Wixtrom, Joe A. [JW10] RN |
| Orig Entered: 10/22/2020 14:18 EST | | | Wixtrom, Joe A. [JW10] RN |
| 10/21/2020 | 16:06 MBP | 16 | Negrinelli, Christy [CN1] RN |
| Orig Entered: 10/21/2020 16:10 EST | | | Negrinelli, Christy [CN1] RN |
| 10/20/2020 | 10:35 MBP | 14 | Falk, Derek J. [DF] NP |
| Orig Entered: 10/20/2020 10:36 EST | | | Falk, Derek J. [DF] NP |
| 10/19/2020 | 15:44 MBP | 18 | Wixtrom, Joe A. [JW10] RN |
| Orig Entered: 10/19/2020 15:47 EST | | | Wixtrom, Joe A. [JW10] RN |
| 10/14/2020 | 12:16 MBP | 18 | Falk, Derek J. [DF] NP |
| Orig Entered: 10/14/2020 12:18 EST | | | Falk, Derek J. [DF] NP |
| 10/13/2020 | 21:22 MBP | 20 | Burdick, Calvin [CB14] RN |
| Orig Entered: 10/13/2020 21:28 EST | | | Burdick, Calvin [CB14] RN |
| 10/12/2020 | 21:30 MBP | 20 | Burdick, Calvin [CB14] RN |
| Orig Entered: 10/12/2020 21:37 EST | | | Burdick, Calvin [CB14] RN |
| 10/12/2020 | 16:18 MBP | 15 | Kocha, Joshua [JK7] PA |
| Orig Entered: 10/12/2020 16:19 EST | | | Kocha, Joshua [JK7] PA |
| 10/11/2020 | 15:56 MBP | 16 | Carlson, Danielle [DC] RN |
| Orig Entered: 10/11/2020 16:09 EST | | | Carlson, Danielle [DC] RN |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/26/2020 16:02 MBP | | Unavailable | | | | Wixtrom, Joe A. [JW10] RN |
| Orig Entered: 10/26/2020 16:09 EST | | | Wixtrom, Joe A. [JW10] RN | | | |
| 10/25/2020 11:46 MBP | | Unavailable | | | | Negrinelli, Christy [CN1] RN |
| Orig Entered: 10/25/2020 11:50 EST | | | Negrinelli, Christy [CN1] RN | | | |
| 10/24/2020 13:34 MBP | | Unavailable | | | | Negrinelli, Christy [CN1] RN |
| Orig Entered: 10/24/2020 13:38 EST | | | Negrinelli, Christy [CN1] RN | | | |
| 10/23/2020 16:07 MBP | | Unavailable | | | | Wixtrom, Joe A. [JW10] RN |
| Orig Entered: 10/23/2020 16:12 EST | | | Wixtrom, Joe A. [JW10] RN | | | |
| 10/22/2020 14:14 MBP | | Unavailable | | | | Wixtrom, Joe A. [JW10] RN |
| Orig Entered: 10/22/2020 14:18 EST | | | Wixtrom, Joe A. [JW10] RN | | | |
| 10/21/2020 16:06 MBP | | Unavailable | | | | Negrinelli, Christy [CN1] RN |

Begin Date: 10/08/2020    End Date:    10/28/2020
Off #:    0574687    Offender Name:    Laford, Alfred

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| | Orig Entered: 10/21/2020 16:10 EST | | Negrinelli, Christy [CN1] RN | | | |
| 10/20/2020 | 10:35 MBP | Unavailable | | | | Falk, Derek J. [DF] NP |
| | Orig Entered: 10/20/2020 10:36 EST | | Falk, Derek J. [DF] NP | | | |
| 10/19/2020 | 15:44 MBP | 114/62 | | | | Wixtrom, Joe A. [JW10] RN |
| | Orig Entered: 10/19/2020 15:47 EST | | Wixtrom, Joe A. [JW10] RN | | | |
| 10/14/2020 | 12:16 MBP | Unavailable | | | | Falk, Derek J. [DF] NP |
| | Orig Entered: 10/14/2020 12:18 EST | | Falk, Derek J. [DF] NP | | | |
| 10/13/2020 | 21:22 MBP | Unavailable | | | | Burdick, Calvin [CB14] RN |
| | Orig Entered: 10/13/2020 21:28 EST | | Burdick, Calvin [CB14] RN | | | |
| 10/12/2020 | 21:30 MBP | Unavailable | | | | Burdick, Calvin [CB14] RN |
| | Orig Entered: 10/12/2020 21:37 EST | | Burdick, Calvin [CB14] RN | | | |
| 10/12/2020 | 16:18 MBP | Unavailable | | | | Kocha, Joshua [JK7] PA |
| | Orig Entered: 10/12/2020 16:19 EST | | Kocha, Joshua [JK7] PA | | | |
| 10/11/2020 | 15:56 MBP | Unavailable | | | | Carlson, Danielle [DC] RN |
| | Orig Entered: 10/11/2020 16:09 EST | | Carlson, Danielle [DC] RN | | | |

SpO2:

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 10/26/2020 | 16:02 MBP | 97 | | Wixtrom, Joe A. [JW10] RN |
| | Orig Entered: 10/26/2020 16:09 EST | | Wixtrom, Joe A. [JW10] RN | |
| 10/25/2020 | 11:46 MBP | 92 | Room Air | Negrinelli, Christy [CN1] RN |
| | Orig Entered: 10/25/2020 11:50 EST | | Negrinelli, Christy [CN1] RN | |
| 10/24/2020 | 13:34 MBP | 99 | Room Air | Negrinelli, Christy [CN1] RN |
| | Orig Entered: 10/24/2020 13:38 EST | | Negrinelli, Christy [CN1] RN | |
| 10/23/2020 | 16:07 MBP | 96 | | Wixtrom, Joe A. [JW10] RN |
| | Orig Entered: 10/23/2020 16:12 EST | | Wixtrom, Joe A. [JW10] RN | |
| 10/22/2020 | 14:14 MBP | 96 | | Wixtrom, Joe A. [JW10] RN |
| | Orig Entered: 10/22/2020 14:18 EST | | Wixtrom, Joe A. [JW10] RN | |
| 10/21/2020 | 16:06 MBP | 97 | Room Air | Negrinelli, Christy [CN1] RN |
| | Orig Entered: 10/21/2020 16:10 EST | | Negrinelli, Christy [CN1] RN | |
| 10/20/2020 | 10:35 MBP | 98 | Room Air | Falk, Derek J. [DF] NP |
| | Orig Entered: 10/20/2020 10:36 EST | | Falk, Derek J. [DF] NP | |
| 10/19/2020 | 15:44 MBP | 97 | | Wixtrom, Joe A. [JW10] RN |
| | Orig Entered: 10/19/2020 15:47 EST | | Wixtrom, Joe A. [JW10] RN | |
| 10/14/2020 | 12:16 MBP | 90 | Room Air | Falk, Derek J. [DF] NP |
| | Orig Entered: 10/14/2020 12:18 EST | | Falk, Derek J. [DF] NP | |
| 10/13/2020 | 21:22 MBP | 96 | | Burdick, Calvin [CB14] RN |
| | Orig Entered: 10/13/2020 21:28 EST | | Burdick, Calvin [CB14] RN | |
| 10/12/2020 | 21:30 MBP | 94 | | Burdick, Calvin [CB14] RN |
| | Orig Entered: 10/12/2020 21:37 EST | | Burdick, Calvin [CB14] RN | |
| 10/12/2020 | 16:18 MBP | 95 | | Kocha, Joshua [JK7] PA |
| | Orig Entered: 10/12/2020 16:19 EST | | Kocha, Joshua [JK7] PA | |
| 10/11/2020 | 15:56 MBP | 97 | | Carlson, Danielle [DC] RN |
| | Orig Entered: 10/11/2020 16:09 EST | | Carlson, Danielle [DC] RN | |

Height:

| Date | Time | Inches | Cm | Provider |
|------|------|--------|-----|----------|
| 10/13/2020 | 21:22 MBP | Unavailable | 0.0 | Burdick, Calvin [CB14] RN |
| | Orig Entered: 10/13/2020 21:28 EST | | Burdick, Calvin [CB14] RN | |
| 10/12/2020 | 21:30 MBP | Unavailable | 0.0 | Burdick, Calvin [CB14] RN |
| | Orig Entered: 10/12/2020 21:37 EST | | Burdick, Calvin [CB14] RN | |
| 10/11/2020 | 15:56 MBP | Unavailable | 0.0 | Carlson, Danielle [DC] RN |

Begin Date: 10/08/2020                 End Date:          10/26/2020
Off #:      0574687                    Offender Name:  Laford, Alfred

---

| Date | Time | Inches | Cm | Provider |
|------|------|--------|-----|----------|
| | Orig Entered: 10/11/2020 16:09 EST  Carlson, Danielle [DC] RN | | | |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 10/26/2020 | 16:02 MBP | Unavailable | 0.0 | | Wixtrom, Joe A. [JW10] RN |
| | Orig Entered: 10/26/2020 16:09 EST  Wixtrom, Joe A. [JW10] RN | | | | |
| 10/25/2020 | 11:46 MBP | Unavailable | 0.0 | | Negrinelli, Christy [CN1] RN |
| | Orig Entered: 10/25/2020 11:50 EST  Negrinelli, Christy [CN1] RN | | | | |
| 10/24/2020 | 13:34 MBP | Unavailable | 0.0 | | Negrinelli, Christy [CN1] RN |
| | Orig Entered: 10/24/2020 13:38 EST  Negrinelli, Christy [CN1] RN | | | | |
| 10/23/2020 | 16:07 MBP | Unavailable | 0.0 | | Wixtrom, Joe A. [JW10] RN |
| | Orig Entered: 10/23/2020 16:12 EST  Wixtrom, Joe A. [JW10] RN | | | | |
| 10/22/2020 | 14:14 MBP | Unavailable | 0.0 | | Wixtrom, Joe A. [JW10] RN |
| | Orig Entered: 10/22/2020 14:18 EST  Wixtrom, Joe A. [JW10] RN | | | | |
| 10/21/2020 | 16:06 MBP | Unavailable | 0.0 | | Negrinelli, Christy [CN1] RN |
| | Orig Entered: 10/21/2020 16:10 EST  Negrinelli, Christy [CN1] RN | | | | |
| 10/20/2020 | 10:35 MBP | Unavailable | 0.0 | | Falk, Derek J. [DF] NP |
| | Orig Entered: 10/20/2020 10:36 EST  Falk, Derek J. [DF] NP | | | | |
| 10/19/2020 | 15:44 MBP | Unavailable | 0.0 | | Wixtrom, Joe A. [JW10] RN |
| | Orig Entered: 10/19/2020 15:47 EST  Wixtrom, Joe A. [JW10] RN | | | | |
| 10/14/2020 | 12:16 MBP | Unavailable | 0.0 | | Falk, Derek J. [DF] NP |
| | Orig Entered: 10/14/2020 12:18 EST  Falk, Derek J. [DF] NP | | | | |
| 10/13/2020 | 21:22 MBP | Unavailable | 0.0 | | Burdick, Calvin [CB14] RN |
| | Orig Entered: 10/13/2020 21:28 EST  Burdick, Calvin [CB14] RN | | | | |
| 10/12/2020 | 21:30 MBP | Unavailable | 0.0 | | Burdick, Calvin [CB14] RN |
| | Orig Entered: 10/12/2020 21:37 EST  Burdick, Calvin [CB14] RN | | | | |
| 10/12/2020 | 16:18 MBP | Unavailable | 0.0 | | Kocha, Joshua [JK7] PA |
| | Orig Entered: 10/12/2020 16:19 EST  Kocha, Joshua [JK7] PA | | | | |
| 10/11/2020 | 15:56 MBP | Unavailable | 0.0 | | Carlson, Danielle [DC] RN |
| | Orig Entered: 10/11/2020 16:09 EST  Carlson, Danielle [DC] RN | | | | |

# Michigan Department of Corrections

## Devices and Equipment

| | Stop Date: | 10/26/2020 |
| --- | --- | --- |
| | Offender Name: | Laford, Alfred |

| | Start Date | Stop Date | Date Returned | Obtained From | Comments |
| --- | --- | --- | --- | --- | --- |
| W2] | 05/06/2019 | | | Personal | CPAP BMC-50 SN CSX16B6K096.<br>Humidifier ?<br>Mask FF Quattro air med #62702.<br>Filters (Respironics lg sponge #1005964)<br>Distilled Water |
| W2] | 06/15/2020 | | | Personal | CPAP BMC-50 SN CSX16B6K096.<br>Humidifier ?<br>Mask FF Quattro air med #62702.<br>Filters (Respironics lg sponge #1005964)<br>Distilled Water |
| P1] | 06/15/2020 | | | Personal | CPAP BMC-50 SN CSX16B6K096.<br>Humidifier ?<br>Mask FF Quattro air med #62702.<br>Distilled Water |
| P1] | 06/15/2020 | | | Personal | CPAP BMC-50 sn CSX16B6K096.<br>Humidifier ?<br>Mask full face Quattro air med #62702.<br>Distilled Water |
| W2] | 06/15/2020 | | | Personal | CPAP BMC-50 sn CSX16B6K096.<br>Humidifier ?<br>Mask full face Quattro air med #62702.<br>Tubing ?<br>Filter ? |

Michigan Department of Corrections

# Allergies

| Offender #:  0574687 | Offender Name:  Laford, Alfred |
| --- | --- |

| Allergy | Date Noted | Reaction |
| --- | --- | --- |
| Penicillins | 03/11/2020 | Unknown |

Orig Entered:    03/11/2020 22:44 EST    Foster, Adam P. [AF5] RN

**Total:**  1

# Michigan Department of Corrections

## Patient Education Assessments & Topics

Name:   Laford, Alfred

## Assessments

Primary Language     Years of Education     Barriers To Education                    Provider

## Topics

| Handout/Topic | Outcome | Provider |
|---|---|---|
| Plan of Care | Verbalizes Understanding | Falk, Derek J. |
| 0 10:40 EST   Falk, Derek J. [DF] | | |
| Access to Care | Verbalizes Understanding | Carlson, Danielle |
| 0 16:10 EST   Carlson, Danielle [DC] | | |

# Michigan Department of Corrections
## Health Problems

fender Name:   Laford, Alfred

| | Type | Code Type | Code | Status Date | Status | Diag. Date |
|---|---|---|---|---|---|---|
| nn [JS3] NP | Chronic | ICD-10 | RS | 05/21/2020 | Current | 05/21/2020 |
| F] NP | Chronic | ICD-10 | RS | 05/21/2020 | Current | 05/21/2020 |
| F] NP | Chronic | ICD-10 | J45.909 | 04/24/2020 | Current | 04/24/2020 |
| nn [JS3] NP | Temporary/Acute | ICD-10 | R00.0 | 10/27/2020 | Current | 10/27/2020 |
| d [RB5] MD | Temporary/Acute | ICD-10 | U07.1 | 10/12/2020 | Current | 10/12/2020 |

# Michigan Department of Corrections
## Medication Summary

| Offender Name: Laford, Alfred | Offender #: 0574687 | Location: N/A |

## Active Prescriptions

**ALBUTEROL  HFA (8.5GM) 90 MCG INHA**
one (1) PUFF  EVERY four (4) TO six (6) HOURS AS NEEDED Kite for refills FOR REFILL LIMIT OF two (2) CANISTERS
PER six (6) MONTH x 365 day(s)
**Rx #:**  50966589          **Doctor:**  Falk, Derek J. [DF] NP
**Start:**  04/27/20          **Exp:** 04/27/21

**CICLESONIDE (6.1 GM) 80 MCG INHA**
one puff Inhalation two times daily x 365 day(s)
**Rx #:**  51066701          **Doctor:**  Falk, Derek J. [DF] NP
**Start:**  05/21/20          **Exp:** 05/20/21

**METOPROLOL   TART 50 MG TABS**
TAKE 1/2 TABLET BY MOUTH TWO TIMES DAILY X 2 DAY(S) PROFILE ONLY - TAKEN FROM STOCK
**Rx #:**  51567709          **Doctor:**  Samuelson, Jo Ann [JS3] NP
**Start:**  10/27/20          **Exp:** 10/29/20

**METOPROLOL TART 25 MG TABS**
TAKE 1 TAB BY MOUTH TWO TIMES DAILY X 60 DAY(S)
**Rx #:**  51567681          **Doctor:**  Samuelson, Jo Ann [JS3] NP
**Start:**  10/29/20          **Exp:** 12/27/20

Allergies:

| Allergy | Reaction | Date Noted |
| --- | --- | --- |
| Penicillins | Unknown | 03/11/2020 |

# Department of Corrections

## Lab Report

| | | | |
|---|---|---|---|
| Offender Name: | Laford, Alfred | | Off #:    0574687 |
| Date of Birth: | 04/01/1990 | Sex: M | |
| Report Date: | 10/11/2020 | Provider: BOHJANEN, RICHARD | |

| Test Name | | Lab | Collection Date | Results Date |
|---|---|---|---|---|
| | Result | | Reference Range | |

COMMENTS:

SARS COV 2 RNA, RT PCR (COVID 19) {COV19}            10/09/2020 00:00    10/11/2020 00:50

     **SARS COV 2 RNA, RT**        POSITIVE (A)          NEGATIVE
     **PCR**

THESE RESULTS ARE FOR THE DETECTION OF SARS-COV-2 RNA. DETECTED
RESULTS ARE INDICATIVE OF THE PRESENCE OF SARS-COV-2 RNA.
CLINICAL CORRELATION WITH PATIENT HISTORY AND OTHER DIAGNOSTIC
INFORMATION IS NECESSARY TO DETERMINE PATIENT INFECTION STATUS.
POSITIVE RESULTS DO NOT RULE OUT BACTERIAL INFECTION OR CO-
INFECTION
WITH OTHER VIRUSES.
NEGATIVE RESULTS DO NOT PRECLUDE SARS-COV-2 INFECTION AND
SHOULD NOT
BE USED AS THE SOLE BASIS FOR PATIENT MANAGEMENT DECISIONS.
NEGATIVE RESULTS MUST BE COMBINED WITH CLINICAL OBSERVATIONS,
PATIENT HISTORY AND EPIDEMIOLOGICAL INFORMATION.
IMPROPER SPECIMEN COLLECTION CAN RESULT IN POSSIBLE FALSE
NEGATIVE RESULTS.

# Michigan Department of Corrections
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Laford, Alfred | | | Off #: | 0574687 |
| Date of Birth: | 04/01/1990 | Sex: | M | | |
| Encounter Date: | 10/11/2020 06:28 | Provider: | Lab Result Receive | Facility: | MBP |

**Cosigned by Bohjanen, Richard [RB5] MD on 10/12/2020 11:51.**

Generated On: 10/20/2020 08:50

Pg 6

UP Health System Marquette Emergency Department
850 W. Baraga Avenue
Marquette, MI 49855
(906) 449-3560 , (800) 562-9753

Patient: Laford, Alfred
MRN: 2248703
Pt Acct: 611965789

Rx 1:

Conc:

Dose/Freq/Rte:

Disp:                                    Refill:

May return to work/school:

Restrictions:

Follow-up 1:
Follow-up 2:

White, Michael Pa   Emergency   Created: 10/14/2020 1330   Last Entry: 1408

**PHYSICIAN H&P (Medical)**

∞∞∞∞ HPI: He is an inmate at the Marquette Branch Prison. History of asthma. He comes to the ED complaining of SOB for the last 4 days. He complains of cough and congestion for 1 week. He tested positive for Covid-19 five days ago.

ROS: fever to 101.0 (38.3) for 1 week, (+)chills, (-)LOC, (-)headache, (-)visual changes, (-)sore throat, moderate cough non-productive, (+)SOB, (-)chest pain, (-)nausea, (-)vomiting, (-)myalgias, (-)rash, (-)dysuria, (-)bleeding.

PREHOSPITAL CARE: arrived by private vehicle and walked into the ED.

Additional history obtained from: no additional history available
Old records reviewed: no old records reviewed

∞∞∞∞ Past Medical History See Past Medical History Table
∞∞∞∞ Past Surgical History See Past Surgical History Table
∞∞∞∞ Family History: - See Family History Table
∞∞∞∞ Social History: - See Social History Table

Record Printed: 10/15/2020 0705

Generated On: 10/20/2020 08:50

UP Health System Marquette Emergency Department  
850 W. Baraga Avenue  
Marquette, MI 49855

Patient: Laford, Alfred  
MRN: 2248703  
Pt Acct: 611965789

**PHYSICAL EXAM:**  
VITAL SIGNS: vital signs reviewed. hypoxic, febrile, tachycardia.  
GENERAL APPEARANCE: well nourished, alert, cooperative, mild-moderate discomfort.  
MENTAL STATUS: speech clear, oriented X 3, normal affect, responds appropriately to questions.  
NEURO: motor strength - 5/5 bilateral, cranial nerves 3 - 07 intact, normal gait.  
EYES: PERRL, EOMI, conjunctiva clear.  
NOSE: no nasal discharge.  
MOUTH: (-)decreased moisture.  
THROAT: no tonsilar inflammation, no airway obstruction.  
NECK: supple, no neck tenderness, (-)thyromegaly.  
BACK: (-) bilateral costovertebral tenderness.  
CHEST WALL: no chest tenderness  
HEART: rate 120, regular rhythm, normal S1, normal S2, no murmur, no rub.  
LUNGS: no wheezing, no rales, no rhonchi, (-)accessory muscle use, fair air exchange bilateral.  
ABDOMEN: normal BS, soft, no abd tenderness, (-)guarding, (-)rebound, no organomegaly, no abd masses.  
EXTREMITIES: good pulses in all extremities, no swelling\tenderness in the extremities, no edema.  
SKIN: warm, dry, good color, no rash.  
**RESULTS REVIEWED:**  
**MD NOTE:**  
**MDM:** After initial evaluation initial impression (Ddx) includes: Clinical Impression: 1. Covid-19 with SOB and hypoxic respiratory failure. Will get CBC and CXR to screen for pneumonia. 2. Asthma. Will give Albuterol 2 puffs + Decadron 16mg IV.

White, Michael Pa  Emergency  Created: 10/14/2020 1426  Last Entry: 1427  
Results Reviewed:  
CBC w/Diff  
CK (Total ONLY) = 577  
MDIFF  
RBCEV  
ARTCC

White, Michael Pa  Emergency  Created: 10/14/2020 1426  Last Entry: 1428  
Results Reviewed: unremarkable.  
BMP  
HEPATIC FUNCTION PANEL  
PT / INR  
PTT  
LDH  
MAGNESIUM - LEVEL

White, Michael Pa  Emergency  Created: 10/14/2020 1442  Last Entry: 1442  
Results Reviewed:  
CRP (C REACTIVE PROTEIN) = 18.2

White, Michael Pa  Emergency  Created: 10/14/2020 1447  Last Entry: 1447  
MD Note: Troponin = 0.061

White, Michael Pa  Emergency  Created: 10/14/2020 1511  Last Entry: 1511  
Results Reviewed.  
EKG(my reading): Sinus tach at 134 bpm, normal QRS, normal QT, normal T, unremarkable ERS. Interpretation by PA White.

White, Michael Pa  Emergency  Created: 10/14/2020 1531  Last Entry: 1531  
Results Reviewed:  
FERRITIN = 259  
DRAW BLOOD CULTURE  
DRAW BLOOD CULTURE

Record Printed: 10/15/2020 0705

Generated On: 10/20/2020 08:50

Pg 8

UP Health System Marquette Emergency Department
850 W. Baraga Avenue
Marquette, MI 49855
(906) 449-3560 . (800) 562-9753

Patient: Laford, Alfred
MRN: 2248703
Pt Acct: 611965789

White, Michael Pa  Emergency  Created: 10/14/2020 1532  Last Entry: 1623
MD Note: Dr. Gebregeorgis will admit to the medical service. He requests chest CT scan with PE protocol.

Brown, Shawn Md  Emergency  Created: 10/14/2020 1549  Last Entry: 1551
Results Reviewed:
TROPONIN - I0.061

White, Michael Pa  Emergency  Created: 10/14/2020 1606  Last Entry: 1606
Results Reviewed: normal.
LACTATE - LEVEL (must be drawn without a tourniquet)

White, Michael Pa  Emergency  Created: 10/14/2020 2149  Last Entry: 2149
Results Reviewed:
2BD

| Diagnoses | |
|---|---|
| Diagnosis | ICD |
| COVID-19 acute respiratory disease | U07.1 |
| Respiratory failure, unspecified with hypoxia | J96.91 |
| Asthma with acute exacerbation, unspecified | J45.901 |
| Elevated Troponin | |

Sgntr MD:

Sgntr MLP: White, Michael Pa 10/14/2020 1607

Black, Jenilyn  Emergency  Created: 10/14/2020 1330  Last Entry: 1829
ADULT INTAKE
»»»»»» HPI: Pt. complains having breathing difficulties and unable to catch his breath. Tested positive for COVID on friday

»»»»»» Past Medical History See Past Medical History Table
»»»»»» Past Surgical History See Past Surgical History Table
»»»»»» Family History: - See Family History Table

Record Printed: 10/15/2020 0705

Generated On: 10/20/2020 08:50

574687

FINAL (SIGNED)

850 W. Baraga Avenue • Marquette, MI 49855
(906) 449-3000

## HISTORY AND PHYSICAL

| Patient:<br>LAFORD, ALFRED | Sex:<br>Male | Visit #:<br>611965789 | | MRN #:<br>2248703 |
| --- | --- | --- | --- | --- |
| Age:<br>30Y | DOB:<br>04/01/1990 | Room:<br>TRG | Bed:<br>A | Creation Date:<br>10/14/2020 16:28 |
| Attending Physician:<br>KOSKENOJA, VIKTORIA L. | | Created By:<br>GEBREGEORGIS, WIHIB A. | | Date of Service:<br>10/14/2020 |

**DATE OF ADMISSION** 10/14/2020

**CHIEF COMPLAINT**

HOSPITALIST ADMISSION HISTORY AND PHYSICAL EXAMINATION

Primary care physician: With the prison system

Code status: Full code

Chief complaint: Dyspnea

HPI: 30-year-old prisoner with past medical history of asthma presented to the emergency room today with complaints of shortness of breath. He has been having cough, congestion, fever, chills, loss of smell, loss of taste for the last one week and he tested positive for COVID-19 five days ago. About two days ago, he started having insidious onset of shortness of breath that has been getting progressively worse. Dyspnea is worse with exertion. He has associated cough that is nonproductive. He has body aches. He has been having nausea without vomiting. His appetite has been extremely poor. He also reports diarrhea. Upon arrival to the ED, he was noted to have low-grade fever of 100.1. His heart rate was 130. He was hypoxic 84% on room air but his oxygenation improved to 96% on 4 liters. His blood work showed mildly elevated troponin, mild hyponatremia, mild hyperglycemia. His chest x-ray showed bibasilar opacity. Hospitalist service was contacted for admission.

Patient denies any headache. No abdominal pain. He reports pleuritic chest pain. No lower extremity edema. No urinary complaints.

Allergies:

-penicillin

Home medications:

-albuterol and another inhaler for asthma

Past medical history:

-asthma

Past surgical history:

-no previous surgeries

*[signature]* 10/20/20

Social history:

[ NAME: LAFORD, ALFRED - MRN: 2248703 - Printed: Wednesday, October 14, 2020 4:30:37 PM - Page 1/4 ]

Generated On: 10/20/2020 08:50    574687

FINAL (SIGNED)

850 W. Baraga Avenue • Marquette, MI 49855
(906) 449-3000

## HISTORY AND PHYSICAL

| Patient: LAFORD, ALFRED | Sex: Male | Visit #: 611965789 | MRN #: 2248703 |
|---|---|---|---|
| Age: 30Y   DOB: 04/01/1990 | Room: TRG | Bed: A | Creation Date: 10/14/2020 16:28 |
| Attending Physician: KOSKENCJA, VIKTORIA L. | Created By: GEBREGEORGIS, WIHIB A. | | Date of Service: 10/14/2020 |

-he does not smoke. No alcohol abuse. No illicit drug abuse. He has been in prison since 2011. He is ordinarily from Dominican Republic.

Family history:

-positive for diabetes, heart disease and hypertension in his mother. He reports asthma in multiple family members.

Review of systems: No hemoptysis. No hematemesis. No melena. A complete system review was obtained, negative except as detailed elsewhere.

Physical examination:

Vital signs: BP: 122/71  PR: 109  RR: 18  Temprature: 100.1 O2 saturation: 84% on room air

General appearance: Awake and alert. No acute distress.
HEENT: No pallor, no jaundice. No facial asymmetry. Moist tongue and buccal mucosa. No pharyngeal erythema or exudates. No thyromegaly. No cervical lymphadenopathy. Trachea is located centrally.
Chest: No chest wall deformity. No chest wall tenderness. Lungs are clear to auscultation bilaterally. Lungs are resonant to percussion bilaterally.
Cardiovascular: S1 and S2 are regular. No gallop. No JVD. No pericardial friction rub. PMI is nondisplaced.
Abdomen: Soft, nontender. No palpable mass. No palpable hepatosplenomegaly. No rebound tenderness, guarding or rigidity. Bowel sounds are normoactive.
Extremities: No lower extremity edema. No calf tenderness. No swollen, inflamed or deformed joints.
Integumetary: No skin rash. Normal skin turgor. No skin lesions.
CNS: Alert and oriented to time place and person. No focal motor deficit. No focal sensory deficit.

Labs:

-white cell count 6.5, hemoglobin 13.3, platelet count 139.

-pH 7.45, pCO2 36, PO2 105, bicarb 25

-CPK 577

-PTT 30.3, INR 1.0, PT 10.9, LDH 622, magnesium 2.1.

-sodium 133, potassium 4.2, chloride 95, CO2 25, anion gap 13, glucose 142.

-LFTs normal

-CRP 18.2

-troponin 0.061.

Generated On: 10/20/2020 00:50

57687

FINAL (SIGNED)

850 W. Baraga Avenue • Marquette, MI 49855
(906) 449-3000

## HISTORY AND PHYSICAL

| Patient:<br>LAFORD, ALFRED | Sex:<br>Male | Visit #:<br>611965789 | | MRN #:<br>2248703 |
|---|---|---|---|---|
| Age:<br>30Y | DOB:<br>04/01/1990 | Room:<br>TRG | Bed:<br>A | Creation Date:<br>10/14/2020 16:28 |
| Attending Physician:<br>KOSKENOJA, VIKTORIA L. | | Created By:<br>GEBREGEORGIS, WIHIB A. | | Date of Service:<br>10/14/2020 |

-ferritin 259

-lactic acid 1.0

EKG:

-I reviewed 12 EKG tracings, sinus tachycardia, rate of 124 beats per minute, no ST elevation or depression.

Imaging:

CHEST X-RAY IMPRESSION:
Low lung volumes with bibasilar opacity possibly representing atelectasis
or interstitial infiltrate. Viral pneumonitis can have this appearance in
the right clinical setting. Please correlate with patient lab values.

Old records reviewed:  NO RELEVANT RECORDS AVAILABLE

Assessment and plan:

1. Acute respiratory failure with hypoxia:

-due to COVID-19
-however his hypoxia and tachycardia is out of proportion of his chest x-ray appearance and pulmonary embolism is in the differential
diagnosis specially given his associated tachycardia and elevated troponin. I have asked the referring emergency room physician
assistant Mike White to order CT chest PE protocol and he will be ordering that.
-oxygen support as needed, wean as tolerated

2. COVID-19:

-oxygen support as needed, wean as tolerated
-discussed risks and benefits of dexamethasone, Remdesivir and convalescent plasma and patient understood and consented to all
three. Order dexamethasone 6 milligrams IV daily. Remdesivir 200 milligram IV day one followed by 100 milligram IV daily for five
days and 1 unit of convalescent plasma
-I provided the patient with Remdesivir fact shit, discussed it with him and informed him that this is not an approved drug and it is
authorized for use under EUA, he verbalized understanding and consented to it

3. Asthma:

-will give albuterol as needed, scheduled Breo Ellipta and schedule Incruse Ellipta

Generated On: 10/20/2020 08:50

574687

FINAL (SIGNED)

850 W. Baraga Avenue • Marquette, MI 49055
(906) 449-3000

## HISTORY AND PHYSICAL

| Patient:<br>LAFORD, ALFRED | Sex:<br>Male | Visit #:<br>611965789 | MRN #:<br>2248703 |
|---|---|---|---|
| Age:   DOB:<br>30Y   04/01/1990 | Room:<br>TRG | Bed:<br>A | Creation Date:<br>10/14/2020 16:28 |
| Attending Physician:<br>KOSKENOJA, VIKTORIA L. | Created By:<br>GEBREGEORGIS, WIHIB A. | | Date of Service:<br>10/14/2020 |

4. Elevated troponin:

-given associated hypoxia and tachycardia, will obtain CT chest to rule out PE
-will trend troponin
-will start him on aspirin
-has pleuritic chest pain and no EKG changes.  Picture not consistent with acute coronary syndrome.

5. Hyponatremia:

-mild
-will monitor

Prophylaxis:  Lovenox and sequential compression devices.

Disposition:  Inpatient status due to risk of death, anticipate more than two midnight hospital stay.

Non-Attending Provider Signature          Date
WIHIB A. GEBREGEORGIS, MD          10/14/2020 16:30
Physician Signature          Date

Generated On: 10/20/2020 08:50

574681

Pg 16

UP Health System Marquette Emergency Department
850 W. Baraga Avenue
Marquette, MI 49855
(906) 449-3560 , (800) 562-9753

Patient: Laford, Alfred
MRN: 2248703
Pt Acct: 611965789

XR CHEST AP (PORT) Indication: Infection, Radiology Results: rad partners interpretation
IMPRESSION:
Low lung volumes with bibasilar opacity possibly representing atelectasis
or interstitial infiltrate. Viral pneumonitis can have this appearance in
the right clinical setting. Please correlate with patient lab values.

Electronically signed by: Paul Armour MD 10/14/2020 2:24 PM CDT
Workstation: 109-1085

Dictated by: PAUL ARMOUR, MD Oct 14 2020 2:24PM
Exam Electronically Signed by: PAUL ARMOUR, MD Oct 14 2020 2:24PM
Typed by: RP Oct 14 2020 2:24PM
White, Michael Pa   Emergency   Created: 10/14/2020 1759   Last Entry: 1759
Radiology:
CT CHEST W/ IV CONTRAST (PE PROTOCOL) NO Portable Monitor
IMPRESSION:


1. No evidence for central pulmonary embolus. Peripheral vessels not
optimally evaluated.
2. Extensive bilateral consolidations mainly lower lobes and mainly
posteriorly. Findings are compatible with the clinical diagnosis of covid
pneumonia. Other etiologies are not excluded.


Electronically signed by: Danny Eisenberg MD 10/14/2020 4:32 PM CDT
Workstation: 109-1160

Record Printed: 10/15/2020 0705

Generated On: 10/20/2020 08:50

FINAL (SIGNED)

850 W. Baraga Avenue • Marquette, MI 49855
(906) 449-3000

## DISCHARGE SUMMARY

| Patient: LAFORD, ALFRED | Sex: Male | Visit #: 611965789 | MRN #: 2248703 |
| Age: 30Y | DOB: 04/01/1990 | Room: 417 | Bed: A | Creation Date: 10/19/2020 14:24 |
| Attending Physician: STEELE, JOSEPH A. | Created By: STEELE, JOSEPH A. | Date of Service: 10/19/2020 |

### Admitting Diagnosis

Date of admission: 10/14/2020

Date of discharge: 10/19/2020

Principal admitting diagnosis: Acute hypoxic respiratory failure; COVID-19, present on admission

### Discharge Diagnosis

- acute hypoxic respiratory failure, resolved
- COVID-19 status post completion of treatment course of Remdesivir, complex plasma and IV steroids
- elevated troponin I, likely demand ischemia/type 2 NSTEMI - outpatient risk stratification recommended
- history of asthma
- hyponatremia, present on admission, resolved

### Discharge Condition

## HISTORY          Reviewed      Updated

### Allergies          Reviewed      Updated

Last Verified By: ROBIN CLARK, RN on 10/14/2020 21:11

| Allergy | Severity | Reaction |
| penicillin | Unknown | |

## HOSPITAL COURSE

DATE OF ADMISSION:
10/14/2020

BRIEF HISTORY OF PRESENTING ILLNESS: (Taken from progress note October 15, 2020)
30-year-old male with a past medical history significant for asthma who presents due to complaints of shortness of breath, cough, fevers, loss of smell, and having tested positive for coronavirus on 10/09/2020 with symptoms having started on approximately 10/07/2020.

In the ED, patient found to be febrile with a temperature 100.1° and he was also tachycardic in the 130s. Oxygen saturation was found be 84% on room air requiring 4 L to maintain oxygen saturation 96%. Labs obtained and remarkable for a white blood cell count of 6.6, platelet count of 139, CPK 577, LDH of 622, CRP of 10, troponin I of 0.004, blood gas with pH of 7.45, pCO2 36, bicarb per 25. Imaging done in the form of a chest x-ray which revealed bibasilar opacities concerning for interstitial infiltrate. Patient was thought to warrant admission to the hospital.

HOSPITAL COURSE:
The patient was admitted to the hospital and was placed on Remdesivir therapy, convalescent plasma, and IV steroids. Patient required the full course of Remdesivir treatment before he finally was saturating well on room air. Currently he is saturating well on room air at rest and with ambulation. He is now being discharged back to prison in stable condition.

The patient did have a mildly elevated troponin I on presentation. He denied any chest pain. Further cardiac risk stratification in the outpatient setting.

CONSULTATIONS:
None

[ NAME: LAFORD, ALFRED · MRN: 2248703 · Printed: Monday, October 19, 2020 2:35:55 PM - Page 1/5 ]

FINAL (SIGNED)

850 W. Baraga Avenue • Marquette, MI 49855
(906) 449-3000

## DISCHARGE SUMMARY

| Patient:<br>LAFORD, ALFRED | Sex:<br>Male | Visit #:<br>611965789 | | MRN #.<br>2248703 |
| --- | --- | --- | --- | --- |
| Age:<br>30Y | DOB:<br>04/03/1990 | Room:<br>417 | Bed:<br>A | Creation Date:<br>10/19/2020 14:24 |
| Attending Physician:<br>STEELE, JOSEPH A. | | Created By:<br>STEELE, JOSEPH A. | | Date of Service:<br>10/19/2020 |

PROCEDURES:
None

IMAGING STUDIES:
1. Chest x-ray shows evidence of bilateral basilar interstitial infiltrates.

2. CT PE study shows no evidence of PE in the central pulmonary vessels. Extensive bilateral consolidations mainly in the lower lobes and posteriorly.

MICROBIOLOGY/PERTINENT LABS:
1. SARS CoV2 swab, 10/09/2020, positive

DISCHARGE PHYSICAL EXAM:
Vital signs within normal limits on room air
Heart sounds are unremarkable
Lung sounds are clear

DISCHARGE ACTIVITY: As tolerated. The patient should continue in isolation. Given that it has been at least 10 days since onset of symptoms, isolation can be discontinued as long as his symptoms have resolved

DISCHARGE DIET: Regular

## RESULTS

**Lab** (click inside box below to change range from 24 hour to other)
Lab Results for the past 24 hours

| Order | Test | Value | Reference Range | Comments | Status | Collection |
| --- | --- | --- | --- | --- | --- | --- |
| Comprehensive Metabolic Panel | Sodium | 135 L | (137-145 mmol/L) | | Final Result | 10/19/2020 05:35:00 |
| Comprehensive Metabolic Panel | Potassium | 3.8 | (3.5-5.1 mmol/L) | | Final Result | 10/19/2020 05:35:00 |
| Comprehensive Metabolic Panel | Chloride | 98 | (98-107 mmol/L) | | Final Result | 10/19/2020 05:35:00 |
| Comprehensive Metabolic Panel | Total CO2 | 30 | (22-30 mmol/L) | | Final Result | 10/19/2020 05:35:00 |
| Comprehensive Metabolic Panel | Anion Gap | 7 | (7-16) | | Final Result | 10/19/2020 05:35:00 |
| Comprehensive Metabolic Panel | Glucose | 136 H | (74-106 mg/dL) | | Final Result | 10/19/2020 05:35:00 |
| Comprehensive Metabolic Panel | Bun | 14 | (9-20 mg/dL) | | Final Result | 10/19/2020 05:35:00 |
| Comprehensive Metabolic Panel | Creatinine | 0.7 | (0.66-1.25 mg/dL) | | Final Result | 10/19/2020 05:35:00 |
| Comprehensive Metabolic Panel | Bun/Creatinine Ratio | 20 | (12.00-20.00) | | Final Result | 10/19/2020 05:35:00 |
| Comprehensive Metabolic Panel | Calcium | 9.1 | (8.4-10.2 mg/dL) | | Final Result | 10/19/2020 05:35:00 |
| Comprehensive Metabolic Panel | Protein Total Serum | 6.8 | (6.3-8.2 g/dL) | | Final Result | 10/19/2020 05:35:00 |
| Comprehensive Metabolic Panel | Albumin | 3.5 | (3.5-5.0 g/dL) | | Final Result | 10/19/2020 05:35:00 |

[ NAME: LAFORD, ALFRED - MRN: 2248703 - Printed: Monday, October 19, 2020 2:35:55 PM - Page 2/5 ]

Generated On: 10/20/2020 08:50

FINAL (SIGNED)

850 W. Baraga Avenue • Marquette, MI 49855
(906) 449-3000

## DISCHARGE SUMMARY

| Patient:<br>LAFORD, ALFRED | Sex:<br>Male | Visit #:<br>611965789 | MRN #:<br>2248703 |
|---|---|---|---|
| Age:   DOB:<br>30Y   04/01/1990 | Room:<br>417 | Bed:<br>A | Creation Date:<br>10/19/2020 14:24 |
| Attending Physician:<br>STEELE, JOSEPH A. | Created By:<br>STEELE, JOSEPH A. | | Date of Service:<br>10/19/2020 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Comprehensive Metabolic Panel | Total Bilirubin | 0.3 | (0.2-1.3 mg/dL) | | Final Result | 10/19/2020 05:35:00 |
| Comprehensive Metabolic Panel | ALT(GGPT) | 30 | (0-60 U/L) | | Final Result | 10/19/2020 05:35:00 |
| Comprehensive Metabolic Panel | AST (SGOT) | 28 | (17-59 U/L) | | Final Result | 10/19/2020 05:35:00 |
| Comprehensive Metabolic Panel | Alkaline Phosphatase | 56 | (38-126 U/L) | | Final Result | 10/19/2020 05:35:00 |
| Comprehensive Metabolic Panel | EGFR African American | > 60 | ( ml/min) | | Final Result | 10/19/2020 05:35:00 |
| Comprehensive Metabolic Panel | EGFR Non African American | > 60 | ( ml/min) | | Final Result | 10/19/2020 05:35:00 |

## INPATIENT MEDICATIONS

Documentation Cont. Next Page

Generated On: 10/20/2020 08:50

FINAL (SIGNED)

850 W. Baraga Avenue • Marquette, MI 49855
(906) 449-3000

## DISCHARGE SUMMARY

| Patient:<br>LAFORD, ALFRED | Sex:<br>Male | Visit #:<br>611965789 | | MRN #:<br>2248703 |
|---|---|---|---|---|
| Age:<br>30Y | DOB:<br>04/01/1990 | Room:<br>417 | Bed:<br>A | Creation Date:<br>10/19/2020 14:24 |
| Attending Physician:<br>STEELE, JOSEPH A. | | Created By:<br>STEELE, JOSEPH A. | | Date of Service:<br>10/19/2020 |

| Ord. Status | Proc. Status | Desc. | Freq. | Ord. By |
|---|---|---|---|---|
| Active | | ACETAMINOPHEN 650 MG PO | EVERY FOUR HOURS AS NEEDED | GEBREGEORGIS, WIHIB A. |
| Active | | ALBUTEROL SULFATE 90 MCG/ACTUATION 2 PUFFS INH | EVERY FOUR HOURS AS NEEDED | GEBREGEORGIS, WIHIB A |
| Active | | ASPIRIN 81 MG PO | ONCE A DAY | GEBREGEORGIS, WIHIB A. |
| Active | | CHOLECALCIFEROL 2,000 UNIT PO | ONCE A DAY | CARROLL, ROBERT J |
| Active | | DEXAMETHASONE SOD PHOSPHATE 4MG/ML 6 MG IV | ONCE A DAY | GEBREGEORGIS, WIHIB A. |
| Active | | DEXTROMETHORPHAN POLY COMPLEX 60 MG/10 ML PO | EVERY 12 HOURS | CARROLL, ROBERT J. |
| Active | | ENOXAPARIN 40 MG/0.4 ML SQ | ONCE A DAY | GEBREGEORGIS, WIHIB A. |
| Active | | FLUTICASONE-VILANTEROL 200-25 MCG/DOSE 1 PUFF INH | ONCE A DAY | GEBREGEORGIS, WIHIB A. |
| Active | | HYDROCODONE-ACETAMINOPHEN 7.5-325mg 7.5-325 MG 1 TABLET PO | EVERY FOUR HOURS AS NEEDED | GEBREGEORGIS, WIHIB A. |
| Active | | MORPHINE 2 MG/ML 2 MG IV | EVERY 3 HOURS AS NEEDED | GEBREGEORGIS, WIHIB A. |
| Active | | NALOXONE 0.4 MG/ML 0.2 MG/0.5 ML IV | AS NEEDED | GEBREGEORGIS, WIHIB A. |
| Active | | NALOXONE 0.4 MG/ML 0.4 MG/1 ML IV | AS NEEDED | GEBREGEORGIS, WIHIB A. |
| Active | | ONDANSETRON HCL -PF 4 MG/2 ML 4 MG IV | EVERY SIX HOURS AS NEEDED | GEBREGEORGIS, WIHIB A |
| Active | | POLYETHYLENE GLYCOL 3350 17 G 17 G PO | ONCE A DAY | CARROLL, ROBERT J. |
| Active | | REMDESIVIR 100 MG 100 MG QBAG IVNS 250 ML 230 ML IV | ONCE A DAY | GEBREGEORGIS, WIHIB A. |
| Active | | UMECLIDINIUM 62.5 MCG/ACTUATION 1 PUFF INH | ONCE A DAY | GEBREGEORGIS, WIHIB A. |
| Active | | ZINC SULFATE 220 MG PO | ONCE A DAY | CARROLL, ROBERT J. |

## PLAN OF CARE

Comments: This discharge required greater than 30 minutes in total time to complete.

Patient Education

[NAME: LAFORD, ALFRED    MRN: 2248703    Printed: Monday, October 19, 2020 2:35:56 PM    Room 4/6 ]

Generated On: 10/20/2020 08:50

FINAL (SIGNED)

650 W. Chicago Avenue · Marquette, MI 49055
(906) 449-3000

## DISCHARGE SUMMARY

| Patient:<br>LAFORD, ALFRED | Sex:<br>Male | Visit #:<br>611965789 | MRN #:<br>2246703 |
|---|---|---|---|

| Age:<br>30Y | DOB:<br>04/01/1990 | Room:<br>417 | Bed:<br>A | Creation Date:<br>10/19/2020 14:24 |
|---|---|---|---|---|

| Attending Physician:<br>STEELE, JOSEPH A. | Created By:<br>STEELE, JOSEPH A. | Date of Service:<br>10/19/2020 |
|---|---|---|

| Education Title | Language | Date/Time Provided | Provided by | Comments |
|---|---|---|---|---|
| COVID-19<br>(CORONAVIRUS<br>DISEASE 2019) | English | 10/19/2020 14:21 | REEGAN A. LANGE,<br>RN | |

### Discharge Medications

Last Verified By: REEGAN A LANGE, RN on 10/19/2020 14:18

| Home Med | Dose | Route | Freq | Duration | PRN | PRN Reason | Discharge Dose Due | Start Date |
|---|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN TABLET | 650 MG | Oral | EVERY FOUR HOURS AS NEEDED | | Yes | | | 10/14/2020 |

### CARDIOVASCULAR MEDICATION REVIEW

☒ Not a CV/CAD patient

### CARDIAC REHABILITATION REFERRAL AT DISCHARGE

☒ Non-CAD patient

### TOBACCO USE AT DISCHARGE

- ☒ Patient is non-smoker

### STROKE DISCHARGE REVIEW

☒ Not a CVA/TIA patient

| | |
|---|---|
| Non-Attending Provider Signature | Date |
| JOSEPH A. STEELE, MD | 10/19/2020 14:35 |
| Physician Signature | Date |

Patient Name:   LAFORD , ALFRED

Patient Demographics at time of original report: LAFORD , ALFRED    (MRN: 0002248703)

ADMIT DIAGNOSIS: COVID POSITIVE

CLINICAL HISTORY:

30 years  Male  hypoxia with elevated troponin.: Covid positive...

COMPARISON:

Chest x-ray from today.

TECHNIQUE:

Axial images with 79 mL of Isovue-370, MIP reconstruction.. This exam was performed according to our departmental dose-optimization program, which includes automated exposure control, adjustment of the mA and/or kV according to patient size and/or use of iterative reconstruction technique.

FINDINGS:

Normal size main pulmonary artery. No evidence for central pulmonary embolus. Peripheral vessels not optimally evaluated because of surrounding extensive infiltrates. Aorta is unremarkable. Borderline heart size. No suspicious mediastinal adenopathy or pericardial effusion. Extensive bilateral lower lobe consolidations. Additional subtle groundglass opacities. No evidence for pleural disease. No suspicious bony lesions.

Limited images of the upper abdomen are unremarkable.

IMPRESSION:


1. No evidence for central pulmonary embolus. Peripheral vessels not
optimally evaluated.
2. Extensive bilateral consolidations mainly lower lobes and mainly
posteriorly. Findings are compatible with the clinical diagnosis of covid
pneumonia. Other etiologies are not excluded.


Electronically signed by: Danny Eisenberg MD  10/14/2020 4:32 PM CDT
Dictated by: DANNY EISENBERG,  Oct 14 2020  4:32PM
Exam Electronically Signed by: DANNY EISENBERG,  Oct 14 2020  4:32PM
Typed by: RP     Oct 14 2020  4:32PM

Generated On: 10/20/2020 08:50

574687

Patient Name:    LAFORD , ALFRED
Medical Record #: 0002248703 Exam Date:  Oct 14 2020  2:49PM
Accession#:4730048
DOB: 04/01/1990    Account#: 0611965789
Rm/Bed:   ED1-TRGA

Patient Demographics at time of original report: LAFORD , ALFRED    (MRN:
0002248703)

ADMIT DIAGNOSIS: COVID POSITIVE
Ordering Dr: VIKTORIA KOSKENOJA
Original Ordering Dr: VIKTORIA KOSKENOJA


***Final Report***




DIA   0600  -  XR CHEST 1 VW BEDSIDE:
DOS: Oct 14 2020  2:49PM


EXAM DESCRIPTION: XR CHEST 1 VW BEDSIDE

CLINICAL HISTORY: Infection.

COMPARISON: There is no previous study for comparison.

TECHNIQUE: AP upright radiograph of the chest was obtained portably at
1430 hours.

FINDINGS:
There are low lung volumes. Patchy opacification at the lung bases may
reflect atelectasis or interstitial infiltrate. Viral pneumonitis not
excluded. No coalescent opacity. Upper lung fields are clear. No sizable
pleural effusion or pneumothorax. Osseous structures are grossly
unremarkable.

IMPRESSION:
Low lung volumes with bibasilar opacity possibly representing atelectasis
or interstitial infiltrate. Viral pneumonitis can have this appearance in
the right clinical setting. Please correlate with patient lab values.

Electronically signed by:  Paul Armour MD  10/14/2020 2:24 PM CDT
Workstation: 109-1085

Dictated by: PAUL ARMOUR, MD Oct 14 2020  2:24PM
Exam Electronically Signed by: PAUL ARMOUR, MD Oct 14 2020  2:24PM
Typed by: RP    Oct 14 2020  2:24PM

Generated On 10/20/2020 08:56



# Michigan Department of Corrections
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Offender Name: | Laford, Alfred | | Off #: | 0574687 |
| Date of Birth: | 04/01/1990 | Sex: M | | |
| Scanned Date: | 10/20/2020 13:31 | | Facility: | MBP |

Reviewed by Falk, Derek J. [DF] NP on 10/20/2020 14:21.

# NxGen MDx

**Patient:**
LAFORD, ALFRED 574687

| | | |
|---|---|---|
| **Accession:** | NXGMDX-757748 | |
| **Created:** | October 14, 2020 | |
| **Patient Gender:** | Male | |
| **Date Of Birth:** | April 01, 1990 | |
| **Specimen Type:** | Anterior Nares (nasal swab) | |
| **Collection Date:** | October 08, 2020 | |

**Receiving Physicians:**
Derek Falk

**Receiving Facilities:**
Marquette Branch Prison 1960 Hwy US41 South Marquette MI 49855

# RESULTS SUMMARY

COVID-19                                                    **Positive**

· COVID-19

# POSITIVE TEST INTERPRETATION

**COVID-19 - Positive**

POSITIVE: 2019 Novel Coronavirus (SARS-CoV-2) by PCR.

Updated information and guidance on the coronavirus disease 2019 (COVID-19) caused by the SARS-CoV-2 virus is available at: www.cdc.gov/coronavirus

# METHODS AND LIMITATIONS

Nucleic acids are isolated from the sample and RT-qPCR assays detect SARS-CoV-2 (COVID-19) at analytical sensitivity and specificity >99%. The RT-qPCR data is interpreted as negative if no viral markers are detected and all controls perform as expected, including the exogenous extraction control for that sample. The data is interpreted as positive if two of three viral markers are detected and controls perform as expected. The detected presence or absence of virus is reported.

Absence of detection does not imply the absence of other pathogens. Absence of detection does not exclude the possibility that the target sequence is present below the limit of detection.

This test was developed and its performance characteristics determined by NxGen MDx. This test has not been cleared or approved by the U.S. Food and Drug Administration (FDA). However, the FDA has determined that such a clearance or approval is not necessary. FDA does not require this test to go through premarket FDA review. This test is used for clinical purposes. It should not be regarded as investigational or for research. The laboratory is certified under CLIA as qualified to perform high complexity clinical laboratory testing. This test was performed at NxGen MDx, located at 801 Broadway Suite 203, Grand Rapids. Michigan-49504. CLIA Number: 23D2059943.

For updated information, refer to the Center for Disease Control website: www.cdc.gov/coronavirus. Patient fact sheets with additional information about this test are available at www.nxgenmdx.com or contact info@nxgenmdx.com.

**ALFRED 574687 LAFORD's Report**
801 Broadway NW, Suite# 203
Grand Rapids MI 49504
Phone: 855-77-NxGen
Fax: 616-710-4667

Signed by: Jacqueline Peacock
Signed on October 17, 2020
Accession #: NXGMDX-757748
Patient DOB: April 01, 1990                    Page 1 of 1

# Michigan Department of Corrections
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Laford, Alfred | | | Off #: | 0574687 |
| Date of Birth: | 04/01/1990 | Sex: | M | | |
| Scanned Date: | 10/19/2020 12:02 | | | Facility: | MBP |

Reviewed by Kocha, Joshua [JK7] PA on 10/19/2020 12:39.

# Michigan Department of Corrections
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Laford, Alfred | | | Off #: | 0574687 |
| Date of Birth: | 04/01/1990 | Sex: | M | | |
| Scanned Date: | 10/13/2020 10:39 | | | Facility: | MBP |

Reviewed by Kocha, Joshua [JK7] PA on 10/13/2020 10:58.

☰ **Detroit Free Press**                    Subscribe    Sign In

# COVID-19 sickens hundreds of prisoners, staff in northern Michigan

——



ANGIE JACKSON | DETROIT FREE PRESS | 9:53 am EDT October 26, 2020



The novel coronavirus has torn through a prison in Marquette, infecting 75% of the more than 1,000 men housed there since the pandemic started in March.

And 42% of the 327 employees at Marquette Branch Prison in the Upper Peninsula had tested positive for COVID-19 as of Friday. A recent surge in infections led to a staffing shortage so dire that the Michigan Department of Corrections brought in employees from other prisons and transferred more than 200 Marquette prisoners to another facility.

Of the 618 men who remained housed at the prison as of Thursday, all but 45 had caught the virus, according to corrections spokesman Chris Gautz. More than 450 cases were considered active infections as of Friday. In total, 778 prisoners at Marquette have tested positive.

Gautz said in an Oct. 13 interview that the facility had a "good handle" on the outbreak after restricting prisoners' movements and designating staff to either the minimum or maximum security housing units in an attempt to contain the virus.

The prison has since reported more than 600 new infections among prisoners and staff.

"It's just a mess in here," said Deangelo Anthony, 31, who is incarcerated at Marquette and shared a plea for help in a recording provided by his mother. He tested positive earlier this month. " ... they messed up big time. They understand it, they coming around telling us that they messed up, but they not trying to do anything to help the matter and better our conditions."

The situation in Marquette comes on the heels of another major outbreak at Muskegon Correctional Facility in west Michigan, where 78% of prisoners contracted the virus in the late summer — a situation officials say could have been handled better.

All of Michigan's 29 state prisons have seen at least one COVID-19 case among prisoners or staff. The department reported 6,598 prisoner infections and 779 staff cases across the state as of Friday.

Nationwide, at least 152,955 prisoners and 34,188 staff at state and federal prisons have tested positive since the pandemic began, according to data tracked by the nonprofit newsroom The Marshall Project. Michigan ranks ninth for prisoner cases per capita.

Dr. Josiah Rich, professor of medicine and epidemiology at Brown University, said correctional facilities can't combat the virus if they don't lower their populations and take steps such as enforcing that prisoners and staff wear masks.

"If you can't do physical distancing, then how are you going to stop transmission? If you don't have good ventilation systems, if your (correctional) systems are over crowded,

how do you do it? Well, you don't," said Rich, who is director of the Center for Prisoner Health and Human Rights at The Miriam Hospital in Rhode Island. "And you're going to have repeated outbreaks and repeated spread."

## 'Almost impossible' to avoid virus

The outbreak at Marquette Branch Prison began in early September with cases among staff, Gautz said.

Marquette housed 840 prisoners at the start of the outbreak but has since transferred more than a quarter of its population — minimum security prisoners — to Newberry Correctional Facility to alleviate the staffing shortage, Gautz said. At the worst point, 141 employees were off work at once, either because they'd tested positive or were a close contact of a co-worker confirmed to have the virus.

Staffing levels are improving as employees return to work from quarantine and staff from elsewhere assist temporarily, said Byron Osborn, president of the Michigan Corrections Organization, which represents 6,000 corrections officers. Gautz said 99 employees were not eligible to work Thursday, but more were expected back in the coming days.

More: COVID-19 cases among Marquette prison staff double in one day

More: Prison housing unit 'completely destroyed' in what union president calls a riot

With 136 infections as of Friday, Marquette has by far the most staff cases of the state's

prisons. Osborn said most have been asymptomatic.

"There haven't been instances we've been aware of where anybody required hospitalization, whether it's staff or prisoners," he said of Marquette.

The majority of prisoners currently incarcerated at Marquette are those deemed the highest security risk. Their security level prevents them from being moved to the part of the prison that held the minimum security prisoners transferred to Newberry, Gautz said.

They're housed in single-person cells with open bars. Prisoners weren't moved to new cells according to their coronavirus test results, Gautz said. He said they leave their cells for showers and yard time with cohorts of other prisoners who are also either negative or positive.

Gautz said prisoners can't see or touch people in the cells next to them, but Jerry Anderson, a man incarcerated at Marquette, said that's not the case.

Anderson, 29, who tested positive, wrote the following in a message sent through the prison email system: "the cells here are open bars like you see in the old prison movies, this prison was built in like 1889 and the cells are not 6 feet apart so I can't social distance. if we wanted to reach out and touch hands we could."

Autumn Thomas of Seattle said her brother described to her how he could hear men coughing in nearby cells.

He was among more than 100 prisoners transferred to Marquette in September after a disturbance at Chippewa Correctional Facility, where prisoners took control of a housing unit. His first test at Marquette came back negative. A subsequent test confirmed he had COVID-19, Thomas said.

She said it seemed "almost impossible" for her brother to avoid contracting the virus while sick people were housed in nearby cells. Thomas thinks prisoners with COVID-19 should have been quarantined in a separate area of the facility.

"If there's not space currently, then they need to figure out where they can create the space. It is their fault if people die," she said.

Seventy-four prisoners and three staff across the state have died of COVID-19 since late March. None have been from Marquette.

## Things 'could've been done better'

The proportion of prisoners sickened by COVID-19 at Marquette is the second highest in the state after Muskegon Correctional Facility, where cases surged in the second half of the summer and claimed the lives of five prisoners.

As of Friday, 1,004 Muskegon prisoners — 78% of the population — had tested positive. Active cases have tapered off to three infections.

Men incarcerated there sounded the alarm as the virus spread in August. The Free Press previously reported that prisoners alleged the facility was mishandling the outbreak. They complained that in some instances, the prison allowed positive prisoners to mix with the general population. People who tested negative said they were moved into cells that previously held positive prisoners and had not been cleaned.

Gautz acknowledged there were things "that could've been done better" at Muskegon. He referred to the issues as small mistakes that if handled differently would have "eliminated some of the confusion."

He said a prisoner whose bunkmate tested positive was moved to a housing unit established for prisoners confirmed to have the virus before his own results came back.

In another instance, prisoners who tested negative for COVID-19 were moved to a housing unit as positive prisoners were getting ready to move out. It happened around count time, during which movement is halted, and so the two groups ended being in the unit at once.

"It wasn't a very long time," Gautz said, "but still, it shouldn't have happened."

The department required prisons to create a COVID-19 plan in March. Asked whether officials at Muskegon Correctional Facility were caught off guard by the outbreak several months into the pandemic, Gautz said, "I don't know if that's too strong. There were certainly issues there. ... The number (of cases) speaks for itself that there was a higher rate there and certainly would show there were issues there that needed to be addressed."

Martell Harper, 30, who is incarcerated at Muskegon and contracted COVID-19, said he thinks the prison should have acted faster in shutting down operations and restricting prisoners' movements when the first cases cropped up.

"You know it was inevitable for it to enter the facility," he said. "It seemed like once it hit, they were flying by the seat of their pants trying to figure it out."

*Angie Jackson covers the challenges of formerly incarcerated citizens as a corps member with Report for America. Her work is supported by The GroundTruth Project and the Hudson-Webber Foundation. Click here to support her work. Become a subscriber.*

Originally Published 7:01 am EDT October 26, 2020
Updated 9:53 am EDT October 26, 2020

## Subscribe Now – Get Your Offer

NEWSLETTER

**Be the first to be informed of important news as it happens in Detroit.**

Sign up now

Help  •  Terms of Service  •  Privacy Notice

Your California Privacy Notice

Mobile Apps  •  Ad Choices

© Copyright Gannett 2021

CHART COPY

DLP MARQUETTE GENERAL HOSPITAL
580 W. BARAGA AVE. · MARQUETTE, MICHIGAN
TRANSFUSION RECORD

VISUAL AND CLERICAL INSPECTION ACCEPTABLE

ISSUED BY _____ TO _____ VIA: _____
                    TECH        SERVICE      TRANSPORT

DATE: _____ TIME: _____

WE CERTIFY THAT BEFORE STARTING THIS TRANSFUSION:
PRODUCT RECEIVED MATCHES PHYSICIAN'S ORDER
NO ABNORMALITIES OF PRODUCT NOTED
NAME/HOSPITAL NUMBER ON THE PATIENT ID BAND MATCH THIS FORM.
DONOR NUMBER, GROUP/RH ON THIS FORM MATCH PRODUCT LABEL.

X _____         X _____
     TRANSFUSIONIST              CONFIRMATION

TRANSFUSION STARTED (DATE/TIME) _____

TRANSFUSION ENDED (DATE/TIME) _____

BLOOD WARMER USED ☐ YES, WARMER DISPLAY TEMP _____

LAFORD, ALFRED
MRN:   2248703              CVUU

E9752 Thawed Apheresis CONVALESCENT PLASMA|
ACD-A/XX/ref g|COVID-19

-A0                              196 ml

Patient Group & Rh:  A  NEG

Donor Group & Rh:  A  NEG

Product Number:  W047020221727

Prepared: 10/14/20  17:16          by: ST

Product Expires: 10/16/20  0:17

LAFORD , ALFRED

611965789    04/01/1990   MR# 2248703 LAFORD

REMDESIVIR  (REMDESIVIR)           -5'

NS 250 ML   [SODIUM CHLORIDE 0.9   +c

CPOE COMMENT: GIVE DOSE OVER 60 MINUT
FLUSH LINE WITH 30ML OF 0.9% SODIUM CHL.
COMPLETION OF INFUSION



Maria ledesma Alfred Lobird
207 east 178 Sheet #5DE
Bronx, N.y. 10457

USM P3
SDNY

Hon. Paul A. Engelmayer
United States District
Court Southern District
of New York
500 Pearl Street,
New York, Ny 10007

PRIORITY MAIL
United States

product is for use with Priority Mail®.
use may be a violation of federal law.
This label is not for resale.

VISIT US AT USPS.COM®

PRIORITY MAIL

EXPECTED DELIVERY DAY: 01/19/21

USPS TRACKING® NUMBER

9505 5160 3235 1016 3935 79

U.S. POSTAGE PAID
PM 1-Day
10457
BRONX, NY
JAN 16, 21
AMOUNT
$7.50
R2304W120726-04

1005
10007