UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ALFRED LAFORD,

Defendant.

11-CR-1032-07 (PAE)

ORDER ON MOTION

---

PAUL A. ENGELMAYER, District Judge:

On August 12, 2020, the Court issued an order denying the motion by defendant Alfred Laford for compassionate release, pursuant to 18 U.S.C. § 3582(c). *See* Dkt. 2510. The Court explained that, even assuming that Laford's asthma qualified as an extraordinary and compelling circumstances, the danger that Laford posed to the community, and the assembled § 3553(a) factors, overwhelmingly disfavored his release. These included the gravity of the offense and the need for public protection, given Laford's history of senseless and reckless violence. *See id.* at 4-7.

Laford later moved for reconsideration of that decision. Dkt. 2636. Having reviewed that motion, the Court denies it as meritless, because Laford's discussion there does not come to grips with, let alone refute, the Court's assessment above. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 2636.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 17, 2023
   New York, New York