UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ALFRED LAFORD,

Defendant.

11-CR-1032-07 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court recommends to the Bureau of Prisons that defendant Alfred Laford, if found

eligible, be admitted to the Residential Drug Abuse Program.

SO ORDERED.

Paul A. Engely

PAUL A. ENGELMAYER
United States District Judge

Dated: September 12, 2023
New York, New York