UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ALFRED LAFORD,

Defendant.

11-CR-1032-07 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a pro se application for compassionate release, pursuant to 18 U.S.C. § 3582(c), from defendant Alfred Laford. The Court directs the Government to respond. The Government's response is due **May 22, 2024**.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 8, 2024
New York, New York