UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ALFRED LAFORD,

Defendant.

11-CR-1032-07 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On May 3, 2024, the Court docketed a renewed *pro se* motion by defendant Alfred

LaFord for compassionate release. Dkt. 2712. On May 22, 2024, the Government opposed the

motion, including on the ground that LaFord has not exhausted his administrative rights with

respect to the motion. Dkt. 2720. On June 18, 2024, LaFord submitted a "motion to amend,"

which represents that, on June 4, 2024, he submitted a motion for such relief to the warden of the

facility at which he is held. Dkt. 2729.

The Court's intention is to address LaFord's motion after confirmation has been received

that either the motion has been acted upon by the warden or that 30 days have passed from his

transmittal of the motion to the warden. In light of LaFord's *pro se* status, the Court asks the

Government to promptly notify the Court, by letter filed on the docket, of either of those

occurrences.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: June 20, 2024
New York, New York